# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles – Federal Public Defender
Anne LaFex – First Assistant



Albany Office

54 State Street
STE 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

June 3, 2025

Honorable Anne M. Nardacci
United States District Court Judge
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

RE:    *United States v. Jonathan Munafo*
       25-CR-159 (AMN)

Dear Judge Nardacci,

I write to request a 45-day adjournment the final revocation hearing in this case, which is currently scheduled for Friday, June 6, 2025. The basis of this request is to further explore how best to defend or mitigate the case against Mr. Munafo. I have spoken to AUSA Rick Bellis, and he has advised that he would have no objection to such a request.

Sincerely,

Michael McGeown-Walker
Assistant Federal Public Defender
Albany Office

cc:    AUSA Rick Belliss, *via ECF & Email*
       USPO Thomas Cary, *via Email*