

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

445 Broadway, Room 218          Tel.: (518) 431-0247
James T. Foley U.S. Courthouse   Fax: (518) 431-0249
Albany, New York 12207-2924

July 2, 2025

Hon. Daniel J. Stewart
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

     Re:    Detention Hearing ico *United States v. Jonathan Munafo*
             25-CR-00159 (AMN)

Dear Judge Stewart,

     On June 24, 2025 you presided over a detention hearing in this case. During that hearing the government argued for the defendant's continued detention, and further argued that the defendant was both a flight risk and a danger to the community. You ruled that at the current time that there were no conditions that the Court could set to mitigate those risks. *See* Text Minute Entry of June 24, 2025. You also advised the parties that they could submit additional information in support of each side's arguments.

     Enclosed for your consideration, please find three reports (Government Exhibits #1-#3) of incidents involving the defendant while he has been detained at the Rensselaer County Jail. Probation Officer Carey is working on getting information with respect to the disposition of each of the three incidents. However, regardless of the dispositions, the incidents show that the defendant has difficulty following rules, and that he would be unlikely to follow the Court's directives should it be inclined to grant the defendant's release pending our final revocation hearing before Judge Nardacci on July 25, 2025.

     If, and when, Probation Officer Carey receives any more information from the Jail, I will forward it to the Court and opposing counsel. Thank you.

                         Very truly yours,

                         JOHN A. SARCONE III
                         United States Attorney

         By:    */s/ Richard Belliss*
                  Richard D. Belliss
                  Assistant U.S. Attorney

Letter to Judge Stewart
*United States v. Munafo*
25-CR-00159 (AMN)
July 2, 2025
Page 2


Enclosures

Copy to:       Mike McGeown-Walker, Esq.                    (via ecf)
               (Counsel for Jonathan Munafo)

               Probation Officer Tom Carey                  (via ecf)

# Government Exhibit #1

# RENSSELAER COUNTY CORRECTIONAL FACILITY

TROY, New York 12180

## Incident Report                              ☐  **Confidential**

| | | | | |
|---|---|---|---|---|
| **Case #:** 28420 | **Status:** 1st Review Pending | **Incident Date/Time:** 05/31/2025 1140 | **Location:** ISOLATION CELL |
| **Reporting Officer:** Palmieri, L | **Badge:** 30178 | **Report Date/Time:** 05/31/2025 1320 | **Category:** CODE 4 |

## Inmates Involved:

| Last Name | First Name | Criminal History Number |
|---|---|---|
| Munafo | Jonathan | 45493 |

## Staff Involved:

| Last Name | First Name | Badge | Force Used | Spray Used | Injured |
|---|---|---|---|---|---|

## Other Involved:

| Last Name | First Name | Phone Number | Reason Added | Injured |
|---|---|---|---|---|

## Description:

code 4 ISO cells

## Narrative:

On May 31st, 2025 I, Officer Palmieri #30178 was assigned to the Relief 4 Position for the B-Line shift (0730-1530). At approximately 1140, this Officer arrived in the medical department to conduct the medical Officer's break. I/I Munafo, Jonathan had already flooded his cell at this time so Officers were nearby in the ISO cell/medical area assisting with said I/I. I/I Munafo then broke the sprinkler in the new cell he was assigned to. This Officer was observing the water flood into the medical department when an Officer stated "he has something in his hands". About one minute later, I/I Munafo was carried into the ISO cell hallway/medical department appearing to be choking on something, unable to breathe. At this time, this Officer called "Code 4 ISO cells" twice over the facility issued radio. Once I/I Munafo was placed on the ground so medical could assist, I/I said "I got you" and started laughing. I/I Munafo faked a false medical emergency for attention. Officers and Sergeants escorted I/I out of medical to booking with said I/I resisting and physically attacking Officers. This Officer remained in the medical department with the medical staff when we received a call from Control to report to West 1 to check on I/I Munafo. Said I/I was checked by nurse Kimberly and then escorted to booking where he was scanned with negative findings. This Officer returned to their duties as the Relief 4 Position. EOR.

## Attached Documents:

| Name | Date Added | Added By |
|---|---|---|

## Reviewed History:

| Name | Date/Time |
|---|---|
| Palmieri, L | 05/31/2025 1450 |

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** 28420 | | **Status:** 1st Review Pending | **Incident Date/Time:** 05/31/2025 1140 | **Location:** ISOLATION CELL | |
| **Reporting Officer:** Palmieri, L | | **Badge:** 30178 | **Report Date/Time:** 05/31/2025 1320 | **Category:** CODE 4 | |

**Officer Signature:** _____     **Date:** _____

**Inmate Signature:** _____     **Date:** _____

## Investigative Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case #:** 28420 | | **Status:** | 1st Review Pending | **Incident Date/Time:** | 05/31/2025 1140 | **Location:** ISOLATION CELL |
| **Reporting Officer:** Palmieri, L | | **Badge:** | 30178 | **Report Date/Time:** | 05/31/2025 1320 | **Category:** CODE 4 |
| **Entered By:** HAMILTON, JA | | | | | | |

On 5/31/2025 I, Sgt. Jaime Hamilton Badge #3020, as Unit 3 for B Line. A Code 4 was called by Officer Palmieri at 1140 for an incident involving II Munafo while he was on the Constant Watch in the ISO cell. I was in the vicinity due to II Munafo flooding his cell and intentionally breaking the sprinkler head which was flooding the ISO area and surrounding hallways. II Munafo had allegedly swallowed one of the metal pieces from the sprinkle head and was choking, so he was carried directly to Medical by Officers on scene. II Munafo was making gagging sounds, as soon as he was laid down on the floor in Medical, he starting laughing hysterically stating "I got you again hahaha" and rolled over onto his back. It was determined that II Munafo would be brought to booking and placed in a dry cell while the ISO cells and surrounding areas were cleaned up. II Munafo was placed in cuffs and helped into a standing position to walk to Booking. II Munafo became combative and aggressive with escorting Officers as soon as he got into the hallway. He threw himself onto the ground, and grabbed onto Ofc Turner's upper thigh not letting go. The decision was made to apply shackles to II Munafo for the remainder of the escort. The shackles were acquired and applied, II Munafo was helped to his feet and was escorted to booking. When II Munafo was placed in Holding pen 2, cuffs and shackles were removed and all Officers exited the pen, II Munafo threatened to break the sprinkler head in there. The decision to move II Munafo to West 1 was made. I directed an Officer to search West 1 and cell 101 prior to the movement. Officers then entered the holding pen and immediately II Munafo became combative with staff. O/C was deployed by Lt. Bulnes and achieved the desired effect. II Munafo became compliant to all orders given and was brought to West 1 for decon and cell re-assignment on constant watch status. I exited West 1 to search the ISO cell and found the metal spring part that was missing, confirming II Munafo did not swallow any of the 5 metal parts of the broken sprinkler head. I/I Munafo remains on Ad-Seg and Constant Watch status. All 5 pieces of the broken sprinkler head were found and turned over to Lt Bulnes. Captain Galuski was notified of the situation by Lt Bulnes. Code was cleared at 1240 hrs. End of Report.

**Reviewed History:**

| Name | Date/Time |
|---|---|
| HAMILTON, JA | 05/31/2025 1521 |

**Officer Signature:** _____     **Date:** 05/31/2025

## Incident Supplemental Report

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case #:** 28420-1 | | **Status:** 1st Review Pending | | **Incident Date/Time:** 05/31/2025 1140 | | **Location:** ISOLATION CELL |
| **Reporting Officer:** Turner, J | | **Badge:** 3060 | | **Report Date/Time:** 05/31/2025 1327 | | |

### Inmates Involved

### Staff Involved

### Other Involved

### Narrative:

On May 31, 2025 I officer James Turner #3060 was assigned to work the relief 3 spot on the b-line shift. Due to I/I Munafo flooding the original iso cell he was assigned to this officer was close by in medical incase the I/I repeated his actions. It was at this time officer Crusie made this officer and other officers around aware that the I/I now popped his sprinkler head. While this officer and other responding officers were observing the scene of the sprinkler going off I/I Munafo had a round piece of metal in his hand that he now put in his mouth and appeared to swallow. Immediately the I/I fell to the ground appeared to be chocking. Sgt Bulnes walked in and instructed for the iso slider to be opened. It was said over the radio by officer Crusie to control to open up the iso slider door. "Code 4 iso cell" was then called over the radio. This officer and other responding officers were able to pick up I/I Munafo and carry him the medical. Upon arriving to medical I/I still appeared to be choking so this officer and other responding officers were told to lay I/I on his side. As the nurse approached I/I Munafo he then turned where his face was facing all the officers and began to laugh saying "I got you guys again. At this time this officer placed cuffs on I/I and was instructed that he was to get put through the body scanner. While this officer and officer Ritter began the escort to booking in the north hall I/I Munafo began to let his body fall and began to slip. When this officer and officer Ritter were regaining control of the I/I on the ground the I/I started to grab at this officers upper tigh. This officer was able to regain control of the I/IS hands. I/I eventually complied with the escort and was taken to booking. I/I was put in the big holding area that is to the left of the body scanner room. After the I/I was secured in there the I/I immediately started to say if he didnt get a shower and new clothes that the sprinkler head was coming off. At this time LT Bulnes told I/I Munafo that he needed to give us a second and that he was going to recieve a new uniform. The I/I said it didn't matter and that the sprinkler head was coming off. This officer and other responding officers were told to enter the holding area and to re cuff and shackle I/I Munafo to prevent the sprinkler head from being popped. Upon entering the cell I/I Munafo was compliant to this officer placing cuffs on the I/I. After the I/I was secured from the waist up this officer was then about to place the shackles around the I/is ankles. At this time I/I Muafo kicked this officer two times in the front side around this officers stomach. This officer was able to assist in regain control of the I/IS legs. During the process of trying to regain the I/IS legs after being kicked by I/I LT Bulnes displayed two 1 second burst of OC spry. I/I Munafo instantly became compliant and was no issues with the escort to West 1 housing unit to be decontaminated. After being decontaminated I/I complied to being brought to booking and being placed on the body scanner. I/I was then taken back to West 1 housing unit and was scene by the facility issued Nurse. This officer then returned to complete his normal relief 3 duties........

### Attached Documents:

| Name | Date Added | Added By |
|---|---|---|
| | | |

**Officer Signature:** _Jones J._    **Date:** 05/31/2025

**Incident Supplemental Report**

**Reviewed History:**

| Name | Date/Time |
| --- | --- |
| Turner, J | 05/31/2025 1439 |

**Officer Signature:** _____     **Date:** 05/31/2025

## Incident Supplemental Report

| | | | | |
|---|---|---|---|---|
| **Case #:** 28420-2 | **Status:** 1st Review Pending | **Incident Date/Time:** 05/31/2025 1140 | **Location:** ISOLATION CELL |
| **Reporting Officer:** HOGLE, D. | **Badge:** 3004 | **Report Date/Time:** 05/31/2025 1348 | |

### Inmates Involved

| Last Name | First Name | Criminal History Number |
|---|---|---|
| Munafo | Jonathan | 45493 |

### Staff Involved

### Other Involved

### Narrative:

I Sgt Hogle (3004) was assigned the duties of West Supervisor for the B-Line tour. A code 4 was called in the ISO cells at 1140 hrs by Officer Palmieri (30178) for an incident involving constant watch I/I Jonathan Munafo (CHN: 45493). I was already on scene because I/I Munafo had intentionally broke the sprinkler head in the ISO cell and was flooding the Constant Watch room and surrounding hallways. As I was approaching the Constant Watch area, I heard a lot of yelling that I/I Munafo had "swallowed a piece of metal" and was choking. Several officers carried him out of the flooded room and into the medical area. As I/I Munafo passed me, he was making gagging sounds. Once entered into medical, I/I Munafo started laughing and saying "I got you". Clearly I/I Munafo had staged this act for attention. Someone made the decision to bring I/I Munafo to Booking to be placed in a dry cell. I/I Munafo began resisting almost immediately upon entering the north hallway. I/I Munafo was brought to the ground by facility staff and a pair of shackles was obtained from North 1 to be placed on I/I Munafo. After a brief period, I/I Munafo was brought to Booking and eventually placed in Holding pen 2 near the SOTUS body scanner room. As soon as I/I Munafo was secured, he immediately took note that there was another sprinkler head in that room also and threatened to break that one too. It was then decided to bring I/I Munafo to West 1. Upon entering the holding pen, I/I Munafo immediately resistant to staff attempting to place restraints back on him. OC was deployed with its desired effect of less resistance from the I/I. He was then brought to West 1 where he was decontaminated in the lower dayroom shower and then placed in Cell 101. I/I Munafo was seen by medical and photographs were taken. I/I Munafo was strip searched and given new clothing. He was then brought back to Booking and placed on the SOTUS body scanner to make sure he didn't actually swallow any metal objects as he claimed. The scan was negative. Then I/I Munafo was brought back to West 1 and secured back in his cell. I/I Munafo was much more compliant after OC was used. I/I Munafo remains on Ad-Seg and Constant Watch status. All 5 pieces of the broken sprinkler head were found and turned over to Lt Bulnes (1012). Captain Galuski was notified of the situation by Lt Bulnes. I contacted Steven from Maintenance to come in and repair the broken sprinkler head. That task was completed at 1345 hrs. Code was cleared at 1240 hrs. Its my understanding that Forensic Coordinator Stephanie Bydairk was also going to be notified. End of Report #3004

### Attached Documents:

| Name | Date Added | Added By |
|---|---|---|

### Reviewed History:

**Officer Signature:** _Dan Hogle #3004_    **Date:** 05/31/2025

**Incident Supplemental Report**

| Name | Date/Time |
| --- | --- |
| HOGLE, D. | 05/31/2025 1348 |

Officer Signature: _____    Date: 05/31/2025

## Incident Supplemental Report

| | | | |
|---|---|---|---|
| **Case #:** 28420-3 | **Status:** 1st Review Pending | **Incident Date/Time:** 05/31/2025 1140 | **Location:** ISOLATION CELL |
| **Reporting Officer:** GREENE, T. | **Badge:** 3041 | **Report Date/Time:** 05/31/2025 1402 | |

**Inmates Involved**

**Staff Involved**

**Other Involved**

**Narrative:**

On May 31, 2025 this officer Greene, Tyler #3041 was serving as the medical officer when the following occurred. At approximately 1140 a Code-4 was called over the radio to which this officer responded to the North hall area. Upon arriving the officers were struggling with inmate Munafo, Jonathan (1058928) in the north hall and medical area. This officer grabbed a hold of inmate and aided in escorting the inmate to the booking area where he was placed in cell 104 and then the holding area. After being placed in the holding area the inmate was sprayed with OC due to his actions and then brought to the West-1 housing unit where he was deconned. The inmate was then escorted back to booking where he was body scanned for suspected contraband. Once the body scan was completed the inmate was brought back to the west-1 housing unit and placed in cell 101. A strip search was completed and the inmate was given new clothing.
-EOR TG #3041

**Attached Documents:**

| Name | Date Added | Added By |
|---|---|---|

**Reviewed History:**

| Name | Date/Time |
|---|---|
| GREENE, T. | 05/31/2025 1402 |

**Officer Signature:** _T___ 3041     **Date:** 05/31/2025

**Incident Supplemental Report**

| | | | | |
|---|---|---|---|---|
| **Case #:** 28420-4 | **Status:** 1st Review Pending | **Incident Date/Time:** 05/31/2025 1140 | **Location:** ISOLATION CELL |
| **Reporting Officer:** VASILATOS, S. | **Badge:** 3090 | **Report Date/Time:** 05/31/2025 1407 | |

**Inmates Involved**

| Last Name | First Name | Criminal History Number |
|---|---|---|
| Munafo | Jonathan | 45493 |

**Staff Involved**

**Other Involved**

**Narrative:**

Error

**Attached Documents:**

| Name | Date Added | Added By |
|---|---|---|

**Reviewed History:**

| Name | Date/Time |
|---|---|
| VASILATOS, S. | 05/31/2025 1524 |

**Officer Signature:** _Vastat 3090_          **Date:** 05/31/2025

## Incident Supplemental Report

| | | | | |
|---|---|---|---|---|
| **Case #:** 28420-5 | **Status:** Initial | **Incident Date/Time:** 05/31/2025 1140 | | **Location:** ISOLATION CELL |
| **Reporting Officer:** CRUISCE, N. | **Badge:** 30101 | **Report Date/Time:** 05/31/2025 1419 | | |

### Inmates Involved

| Last Name | First Name | Criminal History Number |
|---|---|---|
| Munafo | Jonathan | 45493 |

### Staff Involved

| Last Name | First Name | Badge | Force Used | Spray Used | Injured |
|---|---|---|---|---|---|
| CRUISCE | N. | 30101 | Yes | No | Yes |

### Other Involved

### Narrative:

On May 31st, 2025 I Correctional Officer Nickolas J. Cruisce badge #30101 was assigned to the Relief 1 post for the B-Line shift. At approximately 11:40 hours, an incident took place in cell 132 that necessitated and emergency response regarding inmate Munafo, Johnathan (CHN #45493). At this time, the subject was attempting to flood his cell and proceeded to break the sprinkler head off. Once broken, water began flooding isolation cell F132. The subject appeared to be enjoying the flood of water when he picked up a piece of metal about the size of a quarter and placed the object in his mouth. The subject then appeared to swallow the metallic item and then proceeded to fake a "choking episode" which appeared very real. With the subject in distress and appearing to be face down, unconscious in water deep enough to drown in, the isolation cell had to be be breached as it was an apparent emergency. I then utilized my two way radio to order control to open isolation cell F132 and I also depressed the the intercom button in front of the cell. The cell was breached, and the inmate was removed from the water and carried to medical to be seen in an apparent medical emergency. The subject then became alert in medical without intervention. Munafo then began laughing and he said the he was "faking" the whole event to illicit a response. At this time he was brought to the booking area to be potentially scanned for ingested metal. During the subject's act, the subject became combative and resulted in the use of force. I controlled the subject's lower extremities and applied/ removed restraints on the subject multiple times while immobilizing him against the floor/ bench. The subject was kicking towards this officer and I was struck by his flailing legs several times. My right hand also inadvertently became wrapped in the chain causing minor swelling and pain in this officer's hand. At this time I do not feel as though my hand has been severely injured however I do feel pain and it is swollen. The subject was escorted to West 1 without the further use of force. I then resumed my normal duties. E.O.R. NC101

### Attached Documents:

| Name | Date Added | Added By |
|---|---|---|

### Reviewed History:

| Name | Date/Time |
|---|---|

**Officer Signature:** *Nicholas J. C— #30101*    **Date:** 05/31/2025

## Incident Supplemental Report

| | | | |
|---|---|---|---|
| **Case #:** 28420-6 | **Status:** 1st Review Pending | **Incident Date/Time:** 05/31/2025 1140 | **Location:** ISOLATION CELL |
| **Reporting Officer:** Miley, J | **Badge:** 30164 | **Report Date/Time:** 05/31/2025 1423 | |

**Inmates Involved**


**Staff Involved**


**Other Involved**


**Narrative:**

On May 31st 2025, in the constant watch Isolation area, the following occurred.

I Officer J. Miley 30164 had just been relived for lunch from the West hall post when a code 4 in the isolation area was called over the radio. Upon responding to the code 4 it was observed Inmate Munafo, Jonathan CHN45493 was being escorted in the Northern hallway while being highly combative and aggressive with officers. It was at this time Inmate Munafo, Jonathan CHN45493 could be seen throwing himself on the ground and being non-compliant. At this time shackles were to be put on Inmate Munafo, Jonathan CHN45493 for the safety of the inmate himself and other officers he had been assaulting and kicking. It was at this time unit 3 instructed this officer J. Miley 30164 to swap out with another officer to further assist in the escorting of Inmate Munafo, Jonathan CHN45493 to which this officer did take over on the left side shoulder and arm of Inmate Munafo, Jonathan CHN45493 and continued the escort to the booking area.

This officer's direct involvement ended upon bringing Inmate Munafo, Jonathan CHN45493 to holding cell in booking.

E.O.R

**Attached Documents:**

| Name | Date Added | Added By |
|---|---|---|

**Reviewed History:**

| Name | Date/Time |
|---|---|
| Miley, J | 05/31/2025 1423 |

**Officer Signature:** _____    **Date:** 05/31/2025

## Incident Supplemental Report

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** 28420-7 | **Status:** 1st Review Pending | **Incident Date/Time:** 05/31/2025 1140 | | **Location:** ISOLATION CELL |
| **Reporting Officer:** SATTERDAY, G. | **Badge:** 30153 | **Report Date/Time:** 05/31/2025 1437 | |

### Inmates Involved

### Staff Involved

### Other Involved

### Narrative:

On Sat. 5-31-25 I, C/O Glenn Satterday #30153 was assigned to the Relief-2 position for the B-line shift when the following occurred. At approx. 1142 a Code-4 was called from the Isolation area while I was covering the West hall Ofc.'s lunch break. As I was making my way up the North hall I observed I/M Munafo being led down the hall by multiple Ofc.'s due to flooding the Isolation area. I/M Munafo was resisting the Ofc.'s attempts at escorting him and shackles had to be applied for safety to complete the escort to Booking. While in Booking I/M Munafo began to act in an aggressive manner and was sprayed w/ O.C. I/M Munafo was then taken to West-1 to decontaminate and placed in cell #101. The water was turned off to cell #101 by Sgt. Bates to prevent I/M Munafo from possibly flooding this area as well. At this time it was learned that I/M Munafo may have swallowed a piece of metal while in the Isolation area so he was taken out of cell #101 and brought to Booking to be body scanned. After being scanned I/M Munafo was brought back to West-1 and secured in cell #101. This Ofc. was present as an escort during these events but didn't place hands on I/M Mufano. No further action was taken by this Ofc. --------------------------------------------EOR.

### Attached Documents:

| Name | Date Added | Added By |
|---|---|---|

### Reviewed History:

| Name | Date/Time |
|---|---|
| SATTERDAY, G. | 05/31/2025 1437 |

**Officer Signature:** _Glenn Satterday #30153_     **Date:** 05/31/2025

## Incident Supplemental Report

**Case #:** 28420-8 | **Status:** 1st Review Pending | **Incident Date/Time:** 05/31/2025 1140 | **Location:** ISOLATION CELL

**Reporting Officer:** BATES, M. | **Badge:** 3009 | **Report Date/Time:** 05/31/2025 1439

### Inmates Involved

### Staff Involved

### Other Involved

### Narrative:

On 5/31/2025 I Sgt Bates #3009 was assigned to the post of Unit 2 East Supervisor for the B-Line (0730-1530) shift. At about 1135 a code 4 medical emergency was called in the isolation (ISO) area. I/I Jonathan Munafo #1058928 was the only I/I being housed in the Isolation area due to previous threats of self harm. I/I Munafo had set off the sprinkler head in the ISO cell that he occupied and made motions of swallowing a piece of metal from the sprinkler head. I/I Munafo appeared to be unresponsive on the cell floor. Staff removed I/I Munafo from the cell and brought him to medical to be evaluated. I/I Munafo was then escorted out of medical to be brought to booking to be changed into dry clothing. Once in the north hall I/I Munafo became combative with the staff escorting him. I/I Munafo lowered to the floor to better control his combative behavior. Once on the floor I/I Munafo continued to kick at staff. I ordered Officer Kimbrough to go to North One to retrieve a set of shackles to be placed on I/I Munafo. Once the shackles arrived they were given to Officer Cruisce to apply. I placed my left foot on I/I Munafo's lower left lower leg to prevent him from kicking staff. In order to properly apply the shackles I had to shift from my left foot to my right foot to control I/I Munafo's leg. Once shackles were applied staff attempted to stand I/I Munafo up but he continued to resist staff. I then went to Maintenance to turn off the sprinkler system that I/I Munafo had activated. Once complete I went to booking to continue to assist if necessary. When I arrived in booking staff was removing the restraints from I/I Munafo. Lt. Bulnes advised staff that he was to be placed into a holding pen. Once in secured into the holding pen #2 I/I Munafo stated that he was going to activate the sprinkler head in the holding pen. I/I Munafo was given several loud and clear commands to kneel on the bench and face the wall. Staff entered the holding pen and attempted to apply handcuffs to I/I Munafo. While handcuffs were being applied I/I Munafo came off the wall and attempted to violently kick at staff, striking a staff member. OC was deployed onto I/I Munafo's facial area. Staff also became in contact with OC spray. When staff who were contacted by the spray removed themselves from the area, I donned protective gloves and took over. I applied pressure to the pressure point behind I/I Munafo's left ear until compliance was achieved. Prior to I/I Munafo being stood up from the bench I turned his head to the right to prevent him from spitting at staff. I/I Munafo was brought to W-1 to be decontaminated. After being decontaminated I/I Munafo was checked by medical. It was determined that due to I/I Munafo's claim that he had swallowed a piece of the sprinkler head, I/I Munafo was brought back to booking to be scanned on the SOTOR body scanner. I/I Munafo's body scans did not show any pieces of the sprinkler head visible. I/I Munafo was then returned to W-1 cell 101, had his restraints removed and was secured without further incident.

### Attached Documents:

| Name | Date Added | Added By |
| --- | --- | --- |

**Officer Signature:** *Sgt M Bates #3009*    **Date:** 05/31/2025

**Incident Supplemental Report**

**Reviewed History:**

| Name | Date/Time |
| --- | --- |
| BATES, M. | 05/31/2025 1439 |

**Officer Signature:** _Sgt N Bates #3009_         **Date:** 05/31/2025

## Incident Supplemental Report

| | | | | |
|---|---|---|---|---|
| **Case #:** 28420-9 | **Status:** 1st Review Pending | **Incident Date/Time:** 05/31/2025 1140 | | **Location:** ISOLATION CELL |
| **Reporting Officer:** Ritter-Boas, M | **Badge:** 30130 | **Report Date/Time:** 05/31/2025 1458 | | |

### Inmates Involved

### Staff Involved

### Other Involved

### Narrative:

I officer M. Ritter, badge #30130, was assigned to the North Hall post for the B-Line shift, (0730-1530,) when the following happened. At approximately 11:15, I became aware that I/I Munafo, Jonathan CHN #45493 was flooding his Isolation cell for a second time after being moved from the previous cell #133. Upon arriving in the medical pass-though from North 1 to medical, the hall was completely flooded along with both Isolation cells. An inmate worker came to assist with cleaning and keeping up with the flooding due to Munafo continuously flooding his cell. After we began to control the situation, Munafo pulled the sprinkler head and began to flood the area again at a fast rate. Inmate worker was told to leave the area and return to his unit. After a few minutes pass, Munafo claimed to have swallowed the metal parts he ripped from the sprinkler head. I/I appeared to begin choking, fell on the ground, started banging the door and appeared to be having a medical emergency. It was determined the Iso cell door needed to be opened and he needed medical attention immediately. After the cell door was opened, I/I was removed from the cell, and brought to medical to be evaluated. I/I was placed on his side and medical began to step in when Munafo began laughing, claiming he was fine. At that time he was placed in cuffs and brought to his feet to be brought to booking. Me and officer Turner began to escort him down North Hall when he dropped his weight and began resisting. After being placed on the ground, other officers acquired shackles due to I/I flailing his feet and attempting to kick other officers. During the time of shackling, I placed my knee on his back, as taught to me in defensive tactics to help gain compliance. After I/I was shackled me and Officer Greene began to escort Munafo down to booking. He was placed in one of the holding cells and officer Gitto removed the shackles. Once shackles were removed, I and officer Greene escorted him into the "dry" cell in booking next to the body scanner. Once in the cell, cuffs were removed and I/I complied with staying on the bunk until all officers were removed from the cell. Munafo, who was soaking wet, began to demand a shower and dry clothes. After Lt. Bulnes tried to explain to him we would get that and no more demands were to be made, Munafo threatened he was break the sprinkler that was inside this cell. After that threat, he was told to get back on the bunk to be re-cuffed. Me and officer Greene got on each side of him to gain control to cuff and shackle him with no issues. Once cuffed, Munafo told me to get tapped out claiming, "I don't want to do this to you." I told him "I can't it's my job, it's not personal." At that time Munafo said "okay" and began to kick his legs, striking officer Turner who was behind me to my right, who was attempting to shackle him. At that time, Lt. Bulnes delivered 2 1-second bursts of OC to help gain control. Once he was sprayed and under control, me and officer Greene began to escort him to West 1 to be deconned. Once he was deconned, me and officer Greene escorted him back to booking to be body scanned to make sure Munafo didn't actually swallow anything. After successfully being scanned with no issues, Munafo was brought back West 1, escorted by me and officer Greene. Once in cell 101, medical came onto the unit to evaluate I/I. Once it was determined he was okay, medical stepped out and I/I was strip searched and given dry clothes. Once out of the cell the door was closed and no furhter issues. I left the unit to take pictures of the Isolation area per Sgt Hamilton. After photos I resumed my normal duties. EOR.

| | |
|---|---|
| **Officer Signature:** *[signature]* | **Date:** 05/31/2025 |

**Incident Supplemental Report**

**Attached Documents:**

| Name | Date Added | Added By |
|------|-----------|----------|
| | | |

**Reviewed History:**

| Name | Date/Time |
|------|-----------|
| Ritter-Boas, M | 05/31/2025 1503 |

**Officer Signature:** _____     **Date:** 05/31/2025

# Incident Supplemental Report

| | | | |
|---|---|---|---|
| **Case #:** 28420-10 | **Status:** 1st Review Pending | **Incident Date/Time:** 05/31/2025 1140 | **Location:** ISOLATION CELL |
| **Reporting Officer:** Gitto, S | **Badge:** 3078 | **Report Date/Time:** 05/31/2025 1508 | |

## Inmates Involved

| Last Name | First Name | Criminal History Number |
|---|---|---|
| Munafo | Jonathan | 45493 |

## Staff Involved

## Other Involved

## Narrative:

On May 31st 2025 I Officer Stephen A. Gitto badge #3078 was assigned to Programs 3 post for B-Line shift (0730-1530). At approximately 11:40 hours a code 4 was called to the isolation cell via radio located in medical. I responded to the North Hall area to help assist with a non-compliant inmate by the name of Munafo, Johnathan (CHN #45493). I assisted by re-applying restraints to his legs before he was escorted by other staff to the Booking area. At approximately 12:00 hours I helped escort inmate Munafo by maintaining control of his right arm from A125 Holding cell #2 in Booking to West 1 cell 101 then back again to booking for a body scan. After the scan I assisted by escorting inmate Munafo in maintain control of his right arm back to West 1 101 cell where I uncuffed his restraints without any issues.

## Attached Documents:

| Name | Date Added | Added By |
|---|---|---|

## Reviewed History:

| Name | Date/Time |
|---|---|
| Gitto, S | 05/31/2025 1510 |

**Officer Signature:** _____     **Date:** 05/31/2025

# Government Exhibit #2

# RENSSELAER COUNTY CORRECTIONAL FACILITY

TROY, New York 12180

## Incident Report

☐ **Confidential**

| | | | |
|---|---|---|---|
| **Case #:** 28424 | **Status:** Approved | **Incident Date/Time:** 06/02/2025 0940 | **Location:** WEST 1 |
| **Reporting Officer:** FARRELL, T. | **Badge:** 3023 | **Report Date/Time:** 06/02/2025 1032 | **Category:** UNCOOPERATIVE INN |

**Inmates Involved:**

| Last Name | First Name | Criminal History Number |
|---|---|---|
| Munafo | Jonathan | 45493 |

| | Violation | Ref. Disc. | Ad. Seg. | Injured | Force Used |
|---|---|---|---|---|---|
| A | 7.1 PHYSICALLY OR VERBALLY OBSTRUCTIN | Yes | Yes | No | Yes |
| B | 7.2 REFUSAL/FAILURE TO FOLLOW STAFF DII | Yes | Yes | No | Yes |
| C | 1.10 ENGAGING IN VIOLENT, AGGRESSIVE OI | Yes | Yes | No | Yes |
| C | 1.19 HARASSING AN EMPLOYEE OR ANY OTH | Yes | Yes | No | Yes |
| C | 2.11 BLOCKING AN OFFICER'S VIEW INTO CE | Yes | Yes | No | Yes |

**Staff Involved:**

| Last Name | First Name | Badge | Force Used | Spray Used | Injured |
|---|---|---|---|---|---|
| | | | | | |

**Other Involved:**

| Last Name | First Name | Phone Number | Reason Added | Injured |
|---|---|---|---|---|
| | | | | |

**Description:**

I/I covered his cell window preventing constant supervision as ordered.

**Narrative:**

| | | | | |
|---|---|---|---|---|
| Case #: 28424 | Status: Approved | Incident Date/Time: 06/02/2025 0940 | Location: WEST 1 | |
| Reporting Officer: FARRELL, T. | Badge: 3023 | Report Date/Time: 06/02/2025 1032 | Category: UNCOOPERATIVE INN |

On above date I was conducting my morning rounds of the west side of the building. Upon arriving on west1 I spoke with ofc. Satterday about the constant watch in cell 101. As I was speaking to ofc. Satterday i/i Munafo asked if he could speak with me and I told when I was done with the officer I would speak to him. I/I Munafo stated that he couldn't hear me so I moved closer to the cell keeping the table at my side. I/i stated he had several complaints about what happend on Saturday to which I told him to tell me. He then began telling me his issues and would not let me speak at all on any issue. When I had a chance I told him I would speak with ofc. Satterday about the concerns he had spoken about. He then started demanding things and I told him I would give him everything he was entitled to but he needed to behave. The conversation took a turn from that point and i/i kept attempting to engage me in an argument to which I was not going to give him the satisfaction. By ignoring his rants he became more aggravated and told me to get a team because I was going to need one for what he was about to do. I told that it wasn't necessary and he began saying "fuck you Sgt" to me over and over. I/I then began covering his window with toilet paper at which point I had ofc. Satterday call Lt. Connell while maintained voice contact with the constant watch. Once Lt. Connell arrived with ofc. Hatch he ordered us to handcuff the i/i to which he refused. Ofc. Satterday was then told to open the door but just prior to ths the i/i put his hands through the slot to be cuffed. Once he was cuffed he kept pushing his hands back through the slot to the point where I had to forcefully push them out of the slot to close the slot. Once the slot was closed the door was opened and I took hold his jumper collar and moved him to the my left while ofc, Hatch, and Lt Connell cleared the cell. While cuffed i/i kept trying to turn towards me to which I leaned into my hold pushing him against the wall. At this time he attempted to bite my left hand which was up near his right shoulder. I then pulled out my oc can and warned him he would be sprayed. Once the cell was cleared I attempted to guide i/i back into his cell when he dropped to the floor and I picked him up by his uniform and he refused to stand. He was place back down on the floor for repositioning and he then placed his feet on either side of the cell entrance trying to prevent us from moving him. At this time ofc. Hatch went into the cell and he took hold of his feet and I took hold of his uniform and we carried him into the cell placing him on the floor so the handcuffs could be removed. I backed up into the cell entrance while ofc. Hatch removed the cuffs without incident. The door was closed no injuries or further action taken.EOR

## Attached Documents:

| Name | Date Added | Added By |
|---|---|---|
| | | |

## Reviewed History:

| Name | Date/Time |
|---|---|
| FARRELL, T. | 06/02/2025 1032 |
| FARRELL, T. | 06/02/2025 1123 |
| CONNELL, D. | 06/02/2025 1409 |

Officer Signature: _____    Date: 06/02/2025

Inmate Signature: _____    Date: _____

## Investigative Summary

| | | | |
|---|---|---|---|
| **Case #:** 28424 | **Status:** Approved | **Incident Date/Time:** 06/02/2025 0940 | **Location:** WEST 1 |
| **Reporting Officer:** FARRELL, T. | **Badge:** 3023 | **Report Date/Time:** 06/02/2025 1032 | **Category:** UNCOOPERATIVE INM |
| **Entered By:** CONNELL, D. | | | |

Reviewed Report

**Reviewed History:**

| Name | Date/Time |
|---|---|
| CONNELL, D. | 06/02/2025 1409 |

**Officer Signature:** _____     **Date:** 06/02/2025

## Incident Supplemental Report

| | | | | |
|---|---|---|---|---|
| Case #: 28424-1 | Status: 1st Review Pending | Incident Date/Time: 06/02/2025 0940 | | Location: WEST 1 |
| Reporting Officer: HATCH, C. | Badge: 3085 | Report Date/Time: 06/02/2025 1122 | | |

### Inmates Involved

### Staff Involved

| Last Name | First Name | Badge | Force Used | Spray Used | Injured |
|---|---|---|---|---|---|
| SATTERDAY | G. | 30153 | No | No | No |
| FARRELL | T. | 3023 | No | No | No |
| CONNELL | D. | 1015 | No | No | No |

### Other Involved

### Narrative:

On the above date while I Ofc Hatch assigned to the West Hall post Lt. Connell called me to West 1 to the constant watch. Once there Sgt Farrell was at I/I's cell door which was covered. Lt Connell then ordered us to handcuff the I/I which he refused at that moment. Ofc Satterday was then told to open the door by Lt Connell. Prior to this the I/I put his hands through the slot to be cuffed. Once cuffed he kept pushing his hands back through the slot to the point where Sgt Farrell had to forcefully push them out of the slot to close the slot. Once the slot was closed the door was opened and Sgt Farrell took ahold the I/I's jumper collar and moved him to left while myself and Lt Connell cleared the cell. Once the cell was cleared Sgt Farrell and I attempted to guide the I/I back into his cell when he dropped to the floor. Sgt Farrell then picked him up by his uniform and he refused to stand. He was place back down on the floor for repositioning and he then placed his feet on either side of the cell entrance trying to stop us from moving him. At this time I went into the cell and took ahold of his feet while Sgt Farrell took hold of his uniform and we carried him into the cell placing him on the floor so the handcuffs could be removed. I then removed the cuffs without incident. The door was closed no injuries or any further issues. End of Report. CWH #3085

### Attached Documents:

| Name | Date Added | Added By |
|---|---|---|

### Reviewed History:

| Name | Date/Time |
|---|---|
| HATCH, C. | 06/02/2025 1122 |

Officer Signature: _Cd——— 3085_     Date: 06/02/2025

## Incident Supplemental Report

| | | | | |
|---|---|---|---|---|
| **Case #:** 28424-2 | **Status:** 1st Review Pending | **Incident Date/Time:** 06/02/2025 0940 | | **Location:** WEST 1 |
| **Reporting Officer:** SATTERDAY, G. | **Badge:** 30153 | **Report Date/Time:** 06/02/2025 1153 | | |

**Inmates Involved**

**Staff Involved**

**Other Involved**

**Narrative:**

On Mon. 6-2-25 I, C/O Glenn Satterday #30153 was assigned to the Constant Watch position which was being conducted on the West-1 housing unit. During his morning tour Sgt. Farrell arrived on the unit to observe I/M Munfano, John who was assigned to cell #101 for M.H. issues. During the conversation between Sgt. Farrell and I/M Munfano it was observed by this Ofc. that I/M Munfano was beginning to become more and more angry and would not answer questions. Also I/M Munfano was verbally disrespectful to Sgt. Farrell and appeared to want to escalate the interaction. I/M Munfano, after some talking to, was cuffed through the door slot and removed from the cell so it could be searched by C/O Hatch. Lt. Connell was also on the unit att. and operated the cell door from the West-1 Ofc.'s pod. During the time I/M Munfano was out of the cell he continued to resist all efforts to control his movements, and refused to stand on his own. Once the cell was checked by C/O Hatch I/M Munfano was placed back in cell #101 and C/O Hatch removed the cuffs. The door to cell #101 was closed by Lt. Connell and no further action was taken by this Ofc.---------------------------------------------------------------------------------------------------------------------------------------EOR.

**Attached Documents:**

| Name | Date Added | Added By |
|---|---|---|
| | | |

**Reviewed History:**

| Name | Date/Time |
|---|---|
| SATTERDAY, G. | 06/02/2025 1153 |

**Officer Signature:** _Glenn Satterday #30153_       **Date:** 06/02/2025

# Government Exhibit #3

# RENSSELAER COUNTY CORRECTIONAL FACILITY

TROY, New York 12180

## Incident Report

☐ **Confidential**

| | | | |
|---|---|---|---|
| **Case #:** 28429 | **Status:** Approved | **Incident Date/Time:** 06/04/2025 1700 | **Location:** WEST 1 |
| **Reporting Officer:** KINNEY II, J. | **Badge:** 3097 | **Report Date/Time:** 06/04/2025 1718 | **Category:** INMATE MISBEHAVIOI |

### Inmates Involved:

| Last Name | First Name | Criminal History Number |
|---|---|---|
| Munafo | Jonathan | 45493 |

| | Violation | Ref. Disc. | Ad. Seg. | Injured | Force Used |
|---|---|---|---|---|---|
| A | 1.2  ASSAULTING, INFLICTING OR ATTEMPTIN | Yes | Yes | No | No |
| B | 1.11  ENCOURAGING/PROMOTING VIOLENCE | Yes | Yes | No | No |
| B | 1.15  TAMPERING WITH ANY SECURITY OR LC | Yes | Yes | No | No |
| B | 7.2  REFUSAL/FAILURE TO FOLLOW STAFF DII | Yes | Yes | No | No |
| C | 1.10  ENGAGING IN VIOLENT, AGGRESSIVE OI | Yes | Yes | No | No |

### Staff Involved:

| Last Name | First Name | Badge | Force Used | Spray Used | Injured |
|---|---|---|---|---|---|
| | | | | | |

### Other Involved:

| Last Name | First Name | Phone Number | Reason Added | Injured |
|---|---|---|---|---|
| | | | | |

### Description:

Inmate covering window and attempting to injury responding staff

### Narrative:

The following was captured by CCTV

I Officer Kinney II badge #3097 was assigned to constant watch on the west 1 housing unit for the 06/04/25 C-line shift when the following occurred. At approximately 1700 inmate Munafo, Jonathan CHN #45493 starting covering his window with toilet paper. Unit 1 was notified of the situation and responding staff arrived to remove the coverings and remove said inmate from cell. This officer opened the slot of cell 101 for said inmate to be cuffed when said inmate grabbed unit 1 Sgt Farrell by the arm and shirt in an attempt to injure him. Responding staff eventually were able to cuff said inmate after OC spray was deployed for compliance. Inmate Munafo, Jonathan was then deconed in the shower and moved to empty cell 102 due to a issue with the slot on cell 101 that occurred during the incident. inmate was then uncuffed and this officer closed the sliding door on cell 102 with responding staff exiting the cell then unit. This officer then resumed his duties for the duration of the shift......EOR

### Attached Documents:

**Case #:** 28429                                    **Status:** Approved    **Incident Date/Time:** 06/04/2025 1700    **Location:** WEST 1

**Reporting Officer:**  KINNEY II, J.         **Badge:** 3097    **Report Date/Time:** 06/04/2025 1718    **Category:** INMATE MISBEHAVIO

| Name | Date Added | Added By |
| --- | --- | --- |

**Reviewed History:**

| Name | Date/Time |
| --- | --- |
| KINNEY II, J. | 06/04/2025 1740 |
| ROBERTS, B. | 06/04/2025 2045 |

**Officer Signature:** _____    **Date:** 06/04/2025

**Inmate Signature:** _____    **Date:** _____

## Investigative Summary

| | | | |
|---|---|---|---|
| **Case #:** 28429 | **Status:** Approved | **Incident Date/Time:** 06/04/2025 1700 | **Location:** WEST 1 |
| **Reporting Officer:** KINNEY II, J. | **Badge:** 3097 | **Report Date/Time:** 06/04/2025 1718 | **Category:** INMATE MISBEHAVIOR |
| **Entered By:** FARRELL, T. | | | |

On above date and time I was assigned to the duties of unit 1 supervisor for the c – line shift. While conducting my rounds I arrived on W1 and spoke with officer Kinney, Jr. and he advised me that i/I Munafo was yet again covering his cell window obstructing the view into the cell. I/I Munafo has been on constant watch status since Saturday 5/31/25 on W1. I immediately contacted LT. Roberts and asked to have another supervisor report to W1 to assist me in removing all items from his cell. A few moments later LT. Roberts arrived on the unit with officer's Gabriel and Keenan. I instructed officer Kinney to open the slot so handcuffs could be applied in order to remove i/I from the cell. I/I placed his hand through the slot without hesitation. Once I applied the handcuff to his left hand he grabbed my left arm and pulled it into the slot. When this occurred the top of my left hand was jammed into the top of the slot at least twice. I/I was ordered to let go but he then leaned back towards the cell floor creating more hits to my hand. He stood up and the grabbed my shirt and held on until I took my taser and pushed it into his left rib area and threatened to deploy the taser to which he begged me not to and released his grip. After he backed away from the door the cell door was opened and he was taken ahold by officers Gabriel and Keenan and placed on the bunk face down where he continued resist to where 1, 1 second burst of chemical agent was deployed to the left side of his face in order to gain compliance. Once Lt. Roberts removed all the items from the floor I/I was assisted to his feet by officers Gabriel and Keenan while I maintained aim on him with my taser. I/I initially was refusing to stand and walk under his own power to be decontaminated until I told him if he didn't he would be tased to which he then stood and walked to the shower for decontamination. After the decontamination was complete he was returned to his cell placed face down on his bunk, handcuffs were then removed and all staff exited the cell without further incident.

Once I/I was secured Lt. Roberts told me to go to medical to have my hand looked at. I arrived in medical and asked nurse Kimberly to look at my hand. After she cleaned it off she said I needed an x-ray because she thought that my hand was broken.

## Reviewed History:

| Name | Date/Time |
|---|---|
| FARRELL, T. | 06/04/2025 1818 |

**Officer Signature:** _[signature]_      **Date:** 06/04/2025

## Incident Supplemental Report

| | | | |
|---|---|---|---|
| Case #: 28429-1 | Status: 1st Review Pending | Incident Date/Time: 06/04/2025 1700 | Location: WEST 1 |
| Reporting Officer: KEENAN, K. | Badge: 3062 | Report Date/Time: 06/04/2025 1751 | |

**Inmates Involved**

**Staff Involved**

**Other Involved**

**Narrative:**

On 6/4/25 I C/O Keenan #3062 was assigned to work as Relief 5 for the C Line shift. At approximately 1700 I was instructed to go to West 1 housing unit because inmate Munafo, Jonathan was covering his cell window and refusing to uncover it. I arrived on the unit with Lt Roberts and C/O Gabriel, Sgt Farrell was already on the unit. I was instructed in assisting inmate Munafo out of cell 101 so his cell could be cleaned out. While standing at the door I witnessed Sgt Farrell applying handcuffs to inmate Munafo on the front side of his body, during this process after one handcuff was applied inmate Munafo pulled Sgt Farrell's arms into the cell and grabbed ahold of Sgt Farrell. I then took hold of inmate Munafo's hand/arm that didn't have the handcuff on it to prevent him from grabbing ahold of Sgt Farrell with that hand anything further. I gave repeated commands for inmate Munafo to let go of Sgt Farrell which he verbally and physically refused to do. Once Sgt Farrell was able to get inmate Munafo off of him I was able to apply the other handcuff. Inmate Munafo then took a couple steps back into his cell still facing the door, while this was happening multiple commands were given to inmate Munafo to lay on his bunk on his stomach which he was actively not complying with. The cell door was opened, inmate Munafo was refusing to comply with the order to get on his bunk and not to move, during this o.c was deployed by another officer to gain compliance from inmate Munafo. I took ahold of inmate Munafo's legs while on the bunk, crossing his ankles and keeping ahold of them to prevent inmate Munafo from potentially kicking or moving while control was gained so that his cell could be cleaned out. At this point I am unaware if the o.c made contact with inmate Munafo because he tried turning away to avoid it. I was then instructed to assist in escorting inmate Munafo to the housing unit shower for decon from his cell, the floor of his assigned cell appeared to be covered in soap and water. I had inmate Munafo by the back of his jump suit and could still feel him trying to pull away from us. Inmate Munafo then refused to walk once out of the cell, making his legs go limp. Numerous commands were given by various officers to get in the shower for decon, once in the shower inmate Munafo washed his face and stepped out. Inmate Munafo then complied with me escorting him back into cell 101, laying on his bunk while I removed the handcuffs, once this was completed I exited the cell. It was then decided due to cell 101's door hatch/lock being damaged that inmate Munafo needed to change cells. Inmate Munafo complied with laying face down on his bunk, I entered the cell and cuffed him with his hands behind his back. I escorted him to cell 102, instructions were given by Sergeant's to again lay on his bunk face down without moving, during the escort inmate Munafo attempted to pull away from me and turn towards me, I was able to maintain control and get him on the bunk. I removed the handcuffs and exited the cell. END OF REPORT.

**Attached Documents:**

| Name | Date Added | Added By |
|---|---|---|
| | | |

Officer Signature: _Keenan 3062_    Date: 06/04/2025

**Incident Supplemental Report**

**Reviewed History:**

| Name | Date/Time |
|------|-----------|
| KEENAN, K. | 06/04/2025 1829 |
| KEENAN, K. | 06/04/2025 1930 |
| KEENAN, K. | 06/04/2025 1946 |

Officer Signature: _____     Date: 06/04/2025

## Incident Supplemental Report

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case #:** 28429-2 | | **Status:** 1st Review Pending | **Incident Date/Time:** 06/04/2025 1700 | | **Location:** WEST 1 | |
| **Reporting Officer:** ROBERTS, B. | | **Badge:** 1014 | **Report Date/Time:** 06/04/2025 1833 | | | |

### Inmates Involved

| Last Name | First Name | Criminal History Number |
|---|---|---|
| Munafo | Jonathan | 45493 |

### Staff Involved

| Last Name | First Name | Badge | Force Used | Spray Used | Injured |
|---|---|---|---|---|---|
| FARRELL | T. | 3023 | No | No | No |
| KEENAN | K. | 3062 | No | No | No |
| GABRIEL | T. | 30125 | No | No | No |

### Other Involved

### Narrative:

**Officer Signature:** _____     **Date:** 06/04/2025

### Incident Supplemental Report

I, Lt Brad Roberts #1014, was assigned as the Tour Commander for the C-Line shift (1530-2330) on 6/4/25. At approximately 1655 I received a phone call from Sgt. Farrell #3023 on the West 1 housing unit that he needed another supervisor and officers on West 1 due to inmate Munafo, Jonathan CHN 45493 completely covering his cell window and needing to go into the cell to remove any items he had to cover the window with so we could keep constant supervision on him. I arrived on the unit with Officers Gabriel #30125 and Keenan #3062, as we proceeded to cell 101 inmate Munafo was complying with requests. Officer Kinney #3097 opened the slot and inmate Munafo voluntarily placed his hands through the slot in order to be placed into handcuffs. Sgt. Farrell applied the handcuff to inmate Munafo's left wrist and at that time inmate Munafo grabbed Sgt. Farrell and attempted to pull Sgt. Farrell's arms into the cell, Sgt. Farrell and Officer Keenan were able to gain control of both wrists in order to stop him from pulling the handcuffs or Sgt. Farrell's arm into the cell. Sgt. Farrell then pulled out his taser and told inmate Munafo if he did not comply he was going to be tased through the slot. Inmate Munafo at this time complied and was placed in handcuffs, when the door was opened inmate Munafo was placed on his bunk so all garbage could be removed from the cell. At this point I left the cell to retrieve a broom due to there being paper and a feed up tray under the bunk in the corner that I could not reach, during this time inmate Munafo again began to fight with officers and Sgt. Farrell deployed 1-one second burst of OC to inmate Munafo's head/face area. I then returned to the cell and once all garbage had been removed inmate Munafo was removed from cell 101 and placed in the shower to decontaminate from OC spray. Once that was completed inmate Munafo was returned to cell 101 and the cell door was secured. I then sent Sgt. Farrell, who injured his hand during the incident, to medical to be evaluated. While attempting to secure the slot on cell 101 it was deemed to be damaged and the key was stuck in the lock, I called for additional supervisors to West 1 in order to move inmate Munafo from cell 101 to cell 102. Inmate Munafo was given clear directions from Sgt. Brennan and Burt to lay on his bunk so handcuffs could be applied, inmate Munafo complied with all orders and was placed in handcuffs and escorted out of cell 101. While coming out of cell 101 inmate Munafo made a gesture like he was going to lunge toward me, I placed my hand out and made contact with inmate Munafo on his right shoulder and directed him towards cell 102. Once inside cell 102 inmate Munafo immediately turned his head towards officer Gabriel, in an attempt to spit on him, and officer Gabriel placed his hand on the back of his head, to turn inmate Munafo's head, so spit would not make contact with him. Inmate Munafo was then placed face down on the bunk, handcuffs were removed and all staff exited the cell without further incident. I then returned to my office to retrieve the facility camera, I brought the camera to the West Side Supervisor office to document Sgt. Farrell's injuries, I then went with Sgt. Brennan #3024 to the West 1 housing unit to photograph inmate Munafo for any injuries. As soon as I walked toward cell 102 inmate Munafo hid his face from the camera and stuck his left arm up to the cell window, when I advised inmate Munafo that I was there to take photographs of him after be sprayed he kept his arm in the window and refused to allow me to take any pictures of his face, not wanting to have another incident with inmate Munafo, I did not force inmate Munafo or attempt to go into the cell to force pictures and I left the housing unit to return to my office and complete paperwork. Nothing Further to report.

---

**Attached Documents:**

| Name | Date Added | Added By |
|------|-----------|----------|
|      |           |          |

---

**Reviewed History:**

| Name | Date/Time |
|------|-----------|
| ROBERTS, B. | 06/04/2025 1834 |

Officer Signature: _____     Date: 06/04/2025

## Incident Supplemental Report

| | | | |
|---|---|---|---|
| Case #:   28429-3 | Status: 1st Review Pending | Incident Date/Time:  06/04/2025 1700 | Location: WEST 1 |
| Reporting Officer:   GABRIEL, T. | Badge:  30125 | Report Date/Time:  06/04/2025 1847 | |

**Inmates Involved**

**Staff Involved**

**Other Involved**

**Narrative:**

WHILE WORKING AS RELIEF 4 OFFICER ON C LINE SHIFT ON JUNE 4TH 2025, AT APPROXIMATELY 1700 I OFFICER THOMAS GABRIEL (BADGE 30125) WAS ASKED BY LIEUTENANT ROBERTS TO GO WITH HIM TO WEST 1 HOUSING UNIT BECAUSE I/I MUNAFO, JONATHAN (BOOKING 1058928) WAS COVERING HIS WINDOW AND WOULD NOT TAKE IT DOWN. OFFICER KEENAN, LIEUTENANT ROBERTS  ROBERTS AND MYSELF ARRIVED ON WEST 1 HOUSING UNIT, SARGEANT FARRELL WAS ALREADY THERE TALKING TO I/I MUNAFO. I/I MUNAFO WOULD NOT COMPLY. I/I MUNAFO WOULD NOT COMPLY STILL. LIEUTENANT ROBERTS, AND SARGEANT FARRELL ADVISED US TO TAKE ALL I/I MUNAFOS BELONGINGS OUT OF CELL.  SARGEANT FARRELL UNLOCKED CELL 101 SLOT FOR I/I MUNAFO TO BE CUFFED, I/I MUNAFO PUT HIS HANDS OUT OF HIS CELL AND GRABBED SARGEANT FARRELLS ARM AND SHIRT AND WOULD NOT LET GO. OFFICER KEENAN AND MYSELF GRABBED I/I MUNAFOS ARMS AND MADE I/I MUNAFO COMPLY. I/I MUNAFO THEN PUT HIS HANDS OUT TO BE CUFFED. OFFICER KINNEY WAS TOLD TO OPEN CELL 101 TO TAKE I/IS BELONGINGS. I/I MUFAFO LUNGED AT OFFICER KEENAN AND MYSELF WHEN WE ENTERED HIS CELL. SARGEANT FARELL  USED  OC SPRAY ON I/I MUNAFO.. WE GOT I/I MUNAFO ON BUNK FOR COMPLIANCE, THEN TOOK I/I OUT OF CELL FOR DECON IN WEST 1 DAYROOM. WHEN WE WERE ESCORTING I/I  MUNAFO TRIED TO SPIT AT THIS OFFICER, I/I WAS PUT IN SHOWER FOR DECON. AFTER I/I MUNAFO WAS DECONNED HE WAS ESCORTED BACK TO HIS CELL AND PUT ON HIS BUNK AND UNCUFFED. WE THEN LEFT I/IS CELL  AND CLOSED CELL 101. UNIT KEYS WERE THEN USED TO OPEN I/I MUNAFOS SLOT BACK UP, WHEN THE KEYS ,GOT STUCK IN CELL DOOR LOCK. I/I MUNAFO WAS THEN GOING TO BE MOVED TO CELL 102. WE GAVE I/I COMMANDS TO STAY ON HIS BUNK TO WHICH HE COMPLIED.. WE THEN ESCORTED I/I OUT OF HIS CELL FOR MOVEMENT WHEN HE MADE A LUNGING MOVEMENT TOWARS LIEUTENANT ROBERTS. I/I MUNAFO WAS THEN PUT ON HIS BUNK AND UNCUFFED AND WE CLOSED CELL DOR 102 WITHOUT ANYMORE ALTERCATION.EOR

**Attached Documents:**

| Name | Date Added | Added By |
|---|---|---|

**Reviewed History:**

Officer Signature:  _Thos Dall 50125_

Date:  06/04/2025

**Incident Supplemental Report**

| Name | Date/Time |
| --- | --- |
| GABRIEL, T. | 06/04/2025 1848 |
| GABRIEL, T. | 06/04/2025 1927 |

Officer Signature: _____    Date: 06/04/2025

## Incident Supplemental Report

| | | | | |
|---|---|---|---|---|
| **Case #:** 28429-4 | **Status:** 1st Review Pending | **Incident Date/Time:** 06/04/2025 1700 | **Location:** WEST 1 |
| **Reporting Officer:** BRENNAN, T. | **Badge:** 3024 | **Report Date/Time:** 06/04/2025 1939 | |

### Inmates Involved

| Last Name | First Name | Criminal History Number |
|---|---|---|
| Munafo | Jonathan | 45493 |

### Staff Involved

### Other Involved

### Narrative:

Ad-Seg paperwork and nurse notes

### Attached Documents:

| Name | Date Added | Added By |
|---|---|---|
| Black and White1386.tif | 6/4/2025  7:39:49PM | BRENNAN, T. |
| Black and White1387.tif | 6/4/2025  7:39:49PM | BRENNAN, T. |

### Reviewed History:

| Name | Date/Time |
|---|---|
| BRENNAN, T. | 06/04/2025 2011 |

**Officer Signature:** _Tmat Brennan #3024_     **Date:** 06/04/2025

## Incident Supplemental Report

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** 28429-5 | | **Status:** 1st Review Pending | **Incident Date/Time:** 06/04/2025 1700 | | **Location:** WEST 1 |
| **Reporting Officer:** BURT, I. | | **Badge:** 3011 | **Report Date/Time:** 06/04/2025 2036 | | |

**Inmates Involved**

**Staff Involved**

**Other Involved**

**Narrative:**

I, Sgt. Burt #3011, was assigned as the Unit 3 supervisor for the C-Line shift (1530-2330) on 6/4/25. At approximately 1700 I arrived on the West 1 housing unit in order to move inmate Munafo from cell #101 to cell #102. Inmate Munafo was given clear directions from Sgt. Brennan to lay on his bunk so handcuffs could be applied, inmate Munafo complied with all orders and was placed in handcuffs and escorted out of cell #101. While coming out of cell #101 I drew my X2 Taser from its holster and turned it on as I was unsure of his intentions and whether he would be compliant. Inmate Munafo was then placed face down on the bunk in cell #102, I holstered my assigned taser and held inmate Munafo's legs. Handcuffs were removed and I exited the cell. I then returned to my assigned duties. Nothing Further to report.

**Attached Documents:**

| Name | Date Added | Added By |
|---|---|---|
| Use Of Force New Munafo.pdf | 6/4/2025   8:36:09PM | BURT, I. |

**Reviewed History:**

| Name | Date/Time |
|---|---|
| BURT, I. | 06/04/2025 2036 |

**Officer Signature:** _Can B☰ 30176_          **Date:** 06/04/2025

**Rensselaer County Correctional Facility**
**USE OF FORCE REPORT**

Case: 28429-5

RCJ-FORM-UOF-2025

*UOF-*
For Official Use

06/04/2025 20:36

Page 1 of 5

INCIDENT CASE NO.          DATE:               TIME:                    LOCATION:

| SUBJECT | | |
|---|---|---|
| Name; LAST: | First: | CHN #: | Unit/ Cell: |
| DOB: | Sex: | Race: | Ethnic Origin: | Height: | Weight: |
| Age: | Type of Incident: | | |

| REPORTER | | |
|---|---|---|
| Last Name: | First Name: | Title: | Badge#: |
| Age: | Sex: | Race: | Ethnic Origin: |

This form shall not constitute, imply, endorse or authorize any use of force or any use of force continuum.
All use of force decisions shall be based on the totality of the circumstances at the moment a decision to use force is made.

## TYPES OF FORCE USED BY REPORTER

### Part-1: Soft Hand Techniques: Any Types of Soft Hand Techniques Used:

Check all that apply:

Escort Techniques     Holds     Temp Restraint Device     Grab Control     Pressure Points

Take Down Technique     Control Technique     Other:

*Any use of force shall be explained in the Reporter's narrative. Any injuries shall be noted in the medical section.

### Part-2: Chemical Agents: Were Chemical Agents Used?     (Must Annotate if Brandished)

Check all that apply:

OC     Ballistic Stream     Pepper Ball          Deployment Distance:     1-3 ft.     4-6 ft.     6 or more ft.

CS     Fogger          Duration of Chemical Agent Effects/ Constant Supervision: Est. Mins.

CN     Vapor          Minutes from Exposure to Decontamination?

Brand Name of Agent Used:                    Did Chemical Agent Have Desired Effect/ Compliance?

Amount of Agent Used:               Were there any adverse reactions?          (See Medical Notes)

Subject Decontamination Procedure:     Shower     Eye Wash Station     Copious Amounts of Water

Did Subject Refuse Decontamination Efforts?          Was Subject Seen by Medical?          (See Medical Notes)

*Any use of chemical agents shall be explained in the Reporter's narrative. Any injuries shall be noted in the medical section.

### Part-3: Electronic Control Device (ECD): ECD Device Used?     (Must Annotate if Brandished)

Device Used:     X2     X26     STUN SHIELD     StunTRONICS BAND-IT     OTHER:

Device Serial #:               Did ECD Have Desired Effect/Compliance?     YES     NO

Choose One:

DRIVE STUN          Number of Deployments:               Was the Subject seen by medical?     YES     NO

PROBE DEPLOYMENT     Duration of Deployments:

OTHER          Any Injuries to Subject as a Direct Result of Routine Device Deployment?     YES     NO

Any Additional Injuries to Subject (non-device) as a Result of Deployment (example: fall)? YES     NO

Print Date/Time: Thursday, June 05, 2025 ; 0802          SallyPort© NY          Page 12 of 16

*Any use of ECD's shall be explained in the Reporter's narrative. Any injuries shall be noted in the medical section.

| INCIDENT CASE NO. Case: 28429-5 | DATE: Use Of Force Review Munafo.pdf UOF | | Page 2 of 5 TIME: 06/04/2025 20:36 |
|---|---|---|---|
| Subject Last Name: | First: | CHN #: | |
| Reporter Last Name: | Title: | Badge #: | |

## Part-4: Hard Hand Techniques Used:

### HARD HAND TECHNIQUES APPLIED (choose all that apply)

Striking Techniques      Joint Manipulation      Defensive Action      Other:

Any Injuries to Subject as a Direct Result of Hard Hand Techniques?

*Any use of Hard Hand Techniques shall be explained in the Reporter's narrative. Any injuries shall be noted in the medical section.*

## Part-5: Impact Weapons- Baton/ASP Used:          (Must Annotate if Brandished)

### BATON/ASP      Striking Techniques      Joint Manipulation      Defensive Tool

Any Injuries to Subject as a Direct Result of Hard Hand Techniques?

*Any use of Baton/ASP shall be explained in the Reporter's narrative. Any injuries shall be noted in the medical section.*

## Part-6: Use of Canine K-9:

Any Injuries to Subject as a Direct Result of Use of K9?

Canine:          Handler:          Agency:

*Any use of Canine shall be explained in the Reporter's narrative. Any injuries shall be noted in the medical section.*

## Part-7: Use of Restraints:      (Use of Restraints Shall Conform with Policy D-16 Movement and Control- Use of Restraints)

### RESTRAINT DEVICES APPLIED (choose all that apply)

HANDCUFFS      FLEXCUFFS      LEG IRONS      WAIST BELT/CHAIN      OTHER:

Any Injuries to Subject as a Direct Result of Use of Restraints?

*Any use of Restraints shall be explained in the Reporter's narrative. Any injuries shall be noted in the medical section.*

## Part-8: Use of Restraint Chair:      (Use of Restraint Chair Shall Conform with Policy D-19 Movement and Control.)

Use of Restraint Chair should not exceed (2) hours. Any extension of the time must be with medical/mental health and admin consent. In no case should restraints be used for more that twelve (12) hours.

BEGIN LOGBOOK IMMEDIATELY.          NOTIFY MEDICAL (examined every 30-minutes by medical staff for complications).

NOTIFY/CONSULT WITH MENTAL HEALTH (if unavailable, Captain or Chief).      TO BE OBSERVED HOURLY BY HIGHEST RANKING OFFICER PRESENT IN FACILITY.

15-MINUTE RESTRAINT CHECKS BY CUSTODIAL STAFF.      Any Injuries to Subject as a Direct Result of Restraint Use?

Use of Restraint Chair Authorized by:          Badge#:

*Any use of Restraint Chair shall be explained in the Reporter's narrative. Any injuries shall be noted in the medical section.*

## Part-9: Use of Deadly Physical Force:      (For Definitions Refer to NYS PL Section 10 Sub 11)

      (Must Annotate if Brandished)

FIREARM      VASCULAR NECK RESTRAINT      OTHER:

### USE OF FORCE RESULTING IN SERIOUS PHYSICAL INJURY:

Print Date/Time: Thursday, June 05, 2025 ; 0802          SallyPort© NY          ### USE OF FORCE RESULTING IN DEATH: Page 13 of 16

*Any use of force resulting in serious physical injury or death shall be explained in the Reporter's narrative. Any injuries shall be noted in the medical section.*

| INCIDENT CASE NO. Case: 28429-5 | DATE: Use Of Force New Munafo.pdf UOF | | Page 3 of 5 |
|---|---|---|---|
| Subject Last Name: | First: | TIME: | 06/04/2025 20:36 |
| Reporter Last Name: | | CHN #: | |
| | Title: | Badge #: | |

## Part-10: SUBJECTS INJURIES - MEDICAL TREATMENT:    Does the Subject have any known injuries?

Brief description of Subjects injuries (if any):

Subject treated by (medical staff, name, title):          Photographs of Subjects injuries?

Did the Subject require treatment from ER or Hospital?    Was the Subject transferred via ambulance?

Medical report attached?      Did Subject refuse treatment?    AMA on file?    (AGAINST MEDICAL ADVICE FORM)

## Part-11: REPORTERS INJURIES- MEDICAL TREATMENT: Does the Reporter have any known injuries?

### Brief description of Reporter's injuries (if any):                     Treated at the:



**Front View**

1. Right Front Head/Face
2. Left Front Head/Face
3. Front Neck
4. Right Shoulder/Chest
5. Left Shoulder/ Chest
6. Right Arm/ Bicep
7. Left Arm/ Bicep
8. Right Forearm
9. Left Forearm
10. Right Hand/ Palm
11. Left Hand/ Palm
12. Right Ribs/ or Chest
13. Left Ribs or Chest
14. Right Abdomen
15. Left Abdomen
16. Genital Area
17. Right Thig/ Femur
18. Left Thigh/ Femur
19. Right Tibia/Fibula
20. Left Tibia/Fibula
21. Right Foot
22. Left Foot

**Body Map Reference**

**Rear View**

23. Left Rear Head
24. Right Rear Head
25. Rear Neck
26. Left Shoulder
27. Right Shoulder
28. Left Arm/ Triceps
29. Right Arm/ Triceps
30. Left Forearm
31. Right Forearm
32. Left Back Hand
33. Right Back Hand
34. Left Back Area
35. Right Back Area
36. Left Back Lumbar
37. Right Back Lumbar
38. Left Gluteus
39. Right Gluteus
40. Left Rear Femur
41. Right Rear Femur
42. Left Calf/ Lower Leg
43. Right Calf/ Lower Leg
44. Left Back Foot
45. Right Back Foot
46. Sacrum/ Lower Back
47. Left Ankle
48. Right Ankle

The numbered Body Map shall serve as a general reference to identify and document the location of: any use of force, any injuries, suspected injuries, location of body strikes, pressure points, holds, chemical agent exposure areas, ECD stun probe locations, and all other pertinent or relevant body reference.These areas shall be listed in the Reporter's narrative.

### The following information should be included in a Use of Force Report Narrative:

- **Incident Information:** Date, time, and location: Details of when and where the incident occurred.
- **Incident Summary:** Brief overview of the events leading up to the use of force.
- **Officer Information:** Officer's name and badge number: Identification of the officer(s) involved. Officer's assignment and unit at the time of the incident.
- **Subject Information:** Subject's name and description: Identification and description of the individual(s) involved.
- **Subject's Actions and Behavior:** Details of the subject's actions and behavior leading up to the use of force.
- **Use of Force Information:** Type of force used: Description of the type of force used (e.g., physical restraint, pepper spray, firearm).
- **Reason for Use of Force:** Explanation of why force was necessary, including any threats or risks posed by the subject.
- **Injury or Damage Information:** Injuries or damage sustained: Details of any injuries or damage sustained by the officer, subject, or bystanders.
- **Medical Treatment Provided:** Description of any medical treatment provided to those injured.
- **Any other pertinent or relevant information.**

| INCIDENT CASE NO. | | DATE: | TIME: | Page 4 of 5 |
|---|---|---|---|---|
| Case: 28429-5 | | Use Of Force New Munafo.pdf UOF | | 06/04/2025 20:36 |
| Subject Last Name: | | First: | CHN #: | |
| Reporter Last Name: | | Title: | Badge #: | |

**Part-12:** REPORTERS NARRATIVE: should reflect the incident as a chronological account of facts and relevant events that occurred and resulted in the use of force by reporter. If additional details and or space are required, attach the additional information as an attachment to this form.

*Attach Supplemental Reports If Needed*

| PRINT REPORT AND | SIGN HERE ➡ | | | DATE |
|---|---|---|---|---|
| | | PRINT REPORT - SIGNATURE - BADGE# | | |
| | I, hereby certify that the facts contained in this report are true and accurate to the best of my knowledge and belief. | | | |
| Print Date/Time: Thursday, June 05, 2025 , 0802 | OFFICIAL REPORT OF: | SallyPort© NY | | Page 15 of 16 |
| | TITLE | FIRST NAME | LAST NAME | BADGE# |

# USE OF FORCE REVIEW

Case: 28429-5                    Use Of Force Use 20...afo.pdf                    06/04/2025 20:36
UOF

| INCIDENT CASE NO. | DATE: | TIME: |
|---|---|---|
| Subject Last Name: | First: | CHN #: |
| Reporter Last Name: | Title: | Badge #: |

## Tour Commander or Supervisory Review

**USE OF FORCE INCIDENT REVIEW PROTOCOL**

1. Tour Commander's Review: The Tour Commander will review all related reports of use of force incidents occurring during their command.
2. Review Objectives: The review aims to:
   a. Determine compliance with policy, procedure, and applicable law.
   b. Ensure all use of force reports are accurate and detailed.
   c. Identify the need for follow-up action or investigation.
3. UOF Packet Preparation: The Tour Commander will forward a copy of all use of force forms to the Captain and or the Chief of Corrections, identifying any deficiencies or violations of policy and or concerns.
   a. Copies of all pertinent reports.
   b. Secure relevant materials related to the incident to include a request for any video or audio evidence.
**Submission to Use of Force Review Committee: The UOF packet will be forwarded to the Captain of Corrections for further review and action.**

Tour Commander's Signature:

TITLE - NAME- SIGNATURE                    BADGE                    DATE

**USE OF FORCE REVIEW COMMITTEE**

The Use of Force Review Committee shall convene within 30 days of an incident (unless additional time is needed due to pending investigation) to review all use of force cases. The Captain of Corrections is responsible for ensuring these meetings take place. The committee may convene to review outstanding Use of Force reports with a minimum of three parties present, including the Chief of Corrections and/or the Captain of Corrections. Other members may include: Rotating Supervisor (assigned on a rotational basis),Training Unit Representative, Qualified Healthcare Professional, Correctional Officer or additional Supervisor (with advanced use of force training), additional Members (selected by the Chief of Corrections as needed), a member of the Highway Patrol (with advanced use of force training).

**Committee Responsibilities:** The committee shall: render a single finding on whether the use of force was within policy. Identify areas requiring training, policy changes, or further investigation that may lead to employee commendation or discipline. Submit recommendations in a separate memorandum to the Training Sergeant and/or Facility Administrators, Undersheriff or Sheriff as applicable.

**Captain's Signature:**

TITLE - NAME- SIGNATURE                    BADGE                    DATE

**Chief's Signature:**

TITLE - NAME- SIGNATURE                    BADGE                    DATE

**Review Committee #1:**

TITLE - NAME- SIGNATURE                    BADGE                    DATE

**Review Committee #2:**
(Not Required)

TITLE - NAME- SIGNATURE                    BADGE                    DATE

Committee findings: Check all that apply.

| Authorized | Pending Further Review | Turned Over to Training | Recommend Policy Review |
|---|---|---|---|
| Not Authorized | Turned Over to Other Agency | Recommend Discipline | Closed (No Further Action) |

Print Date/Time: Thursday, June 05, 2025 1:08:03 PM    SallyPort© NX