# U.S. District Court
## Eastern District of Virginia − (Richmond)
### CRIMINAL DOCKET FOR CASE #: 3:26−mj−00013−SLS−1

Case title: USA v. Munafo                                    Date Filed: 03/03/2026

Assigned to: Magistrate Judge Summer L. Speight

**Defendant (1)**

**Jonathan Munafo**                 represented by   **Javionte Johnson**
Office of the Federal Public Defender
701 E. Broad Street
Suite 3600
Richmond, VA 23219
804−565−0832
Fax: 804−800−4214
Email: javionte_johnson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**                             represented by   **Patrick Joseph McGorman**
DOJ−USAO
DOJ USAO EDVa
919 E. Main St.

Ste 1900
Richmond, VA 23219
804−819−5488
Email: patrick.mcgorman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2026 | | Arrest (Rule 32) of Jonathan Munafo in the Eastern District of Virginia − Richmond Division. (jsau, ) (Entered: 03/04/2026) |
| 03/03/2026 | 2 | Arrest Warrant Returned Executed on 3/3/26 in case as to Jonathan Munafo. (jsau, ) (Entered: 03/04/2026) |
| 03/03/2026 | 3 | Minute Entry for proceedings held before Magistrate Judge Mark R. Colombell: Initial Appearance in Rule 32.1 Proceedings as to Jonathan Munafo held on 3/3/2026; Court summarized charges; Deft advised of rights; Deft requested counsel − Granted; FPD Javionte Johnson appointed for all Richmond hearings; Govt seeking detention − GRANTED; Deft requests all hearings to be heard in this district; Identity, Preliminary and Detention Hearings set for 3/9/2026 at 02:00 PM in Richmond Courtroom 5400 before Magistrate Judge Summer L. Speight; Deft remanded. (Attachments: # 1 Petition from the NDNY, # 2 Amended Petition from the NDNY)(FTR.)(jsau, ) (Entered: 03/04/2026) |
| 03/03/2026 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jonathan Munafo. Javionte Johnson appointed. (jsau, ) (Entered: 03/04/2026) |
| 03/03/2026 | 4 | Temporary Detention Order as to Jonathan Munafo. Signed by Magistrate Judge Mark R. Colombell on 3/3/26. (jsau, ) (Entered: 03/04/2026) |
| 03/04/2026 | 1 | MOTION allowing remote testimony of probation officer by USA as to Jonathan Munafo. (McGorman, Patrick) (Entered: 03/04/2026) |
| 03/05/2026 | 5 | MOTION to Continue *Preliminary Hearing and Detention Hearing* by Jonathan Munafo. (Johnson, Javionte) (Entered: 03/05/2026) |
| 03/05/2026 | 6 | ORDER (Granting Motion to Continue Preliminary Hearing and Detention Hearing). THIS MATTER is before the Court on Defendant Jonathan Munafo's ("Defendant") Motion to Continue Preliminary Hearing and Detention Hearing (the "Motion," ECF No. 5 ), filed on March 5, 2026. Upon due consideration, and there being no objection by the Government, the Motion is GRANTED. Defendant's hearing is CONTINUED to March 10, 2026, at 2:00 p.m. Signed by Magistrate Judge Mark R. Colombell on 3/5/26. (jsau, ) (Entered: 03/05/2026) |
| 03/05/2026 | | Reset Hearing as to Jonathan Munafo: Preliminary and Detention Hearings reset for 3/10/2026 at 02:00 PM in Richmond Courtroom 5400 before Magistrate Judge Summer L. Speight. (jsau, ) (Entered: 03/05/2026) |

| 03/06/2026 | 7 | ORDER that the Government's Motion for Remote Testimony of One Witness (ECF No. 1 ) is GRANTED and the United States shall be permitted to present remote testimony from a United States Probation Officer from the Northern District of New York at Defendant's hearings scheduled for Tuesday, March 10, 2026 at 2:00 pm. It is further ORDERED, ADJUDGED, and DECREED that, pursuant to E.D.Va. Local Criminal Rule 53, the probation officer may not record the proceedings without further order of this Court. Signed by Magistrate Judge Summer L. Speight on 3/6/2026. (jenjones, ) (Entered: 03/06/2026) |
| --- | --- | --- |
| 03/10/2026 | | Case as to Jonathan Munafo Reassigned to Magistrate Judge Summer L. Speight. Magistrate Judge Mark R. Colombell no longer assigned to the case. (Kski, ) (Entered: 03/10/2026) |
| 03/10/2026 | 8 | Minute Entry for proceedings held before Magistrate Judge Summer L. Speight: Preliminary and Detention Hearing in Rule 32.1 proceedings as to Jonathan Munafo held on 03/10/2026; Deft executed Waiver of Rule 32.1 Hearings; Govt seeking detention − GRANTED; Deft Committed to the Northern District of New York for further proceedings; Deft remanded. (FTR)(Kski, ) (Entered: 03/10/2026) |
| 03/10/2026 | 9 | WAIVER of Rule 32 Hearings by Jonathan Munafo. (Kski, ) (Entered: 03/10/2026) |
| 03/10/2026 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Jonathan Munafo. Defendant committed to District of Northern District of New York. Signed by Magistrate Judge Summer L. Speight on 03/10/2026. (Kski, ) (Entered: 03/10/2026) |

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

UNITED STATES OF AMERICA

v.

JONATHAN MUNAFO,

Defendant.

Case No. 3:26-mj-13

### GOVERNMENT'S MOTION FOR REMOTE TESTIMONY OF ONE WITNESS

COMES NOW, the United States of America, by and through Todd W. Blanche, Deputy Attorney General, and Patrick J. McGorman, Assistant United States Attorney, and hereby asks this Court to allow a United States Probation Officer from the Northern District of New York to testify remotely at the defendant's Rule 5 hearings scheduled for Monday, March 9, 2026, at 2:00 p.m.[1]

The defendant absconded from supervision in the Northern District of New York. Accordingly, the probation officer in that district filed a petition alleging a violation of supervised release and requesting revocation of supervised release. United States District Judge Anne M. Nardacci then issued an arrest warrant for the defendant. Pursuant to that warrant, The United States Marshals arrested the defendant in the Richmond metro area on March 3, 2026, and brought him before United States Magistrate Judge Mark R. Colombell for his initial appearance in this district. At that time, the defendant indicated that he wished to have all of his Rule 5 hearings in this Court. Monday's hearings will therefore encompass identity, preliminary, and detention. The United States will also produce a true copy of the arrest warrant at or before that time.

---

[1] This will likely be Probation Officer Thomas M. Carey, who is and has been the defendant's supervising officer.

1

Although reliable hearsay is permitted at these hearings, and a probation officer from here could testify, the N.D.N.Y. probation officer is best situated to explain to this Court the procedural history involving this defendant as well as the factual basis for the allegations in the Petition. That is particularly true where the defendant has a history including supervision in more than one district. This testimony is relevant to the preliminary and detention hearings and also may go to identity. The N.D.N.Y. probation officer's office is in Albany, New York, approximately 475 miles away, which, to get here, would necessitate about a 7.5-hour drive, 8.5-hour train journey, or 3-4 hours of flying time with at least one layover. His testimony is anticipated to take approximately 15 minutes, absent any cross-examination or additional inquiries from the Court. Thus, there is good cause for this Court to allow his remote testimony in the interest of justice.

Pursuant to E.D.Va. Local Criminal Rule 53, counsel for the United States has advised the N.D.N.Y. probation officer that he may not record the proceedings.

Counsel for the United States has only requested remote testimony once in this District, in a supervised release revocation hearing before Senior United States District Judge Robert E. Payne, and Judge Payne allowed the remote testimony in that case, which was by an out-of-state witness whose testimony was similarly short in duration.

Counsel for the United States has communicated with counsel for the defendant, Mr. Javionte Johnson, and Mr. Johnson has no objection to this motion.

//

//

//

//

//

2

For these reasons, the United States requests that this Court allow the probation officer to testify remotely, on whatever platform the Court or the Court's information technology team directs.

Respectfully submitted,

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL


_____/s/_____
Patrick J. McGorman
New York Bar No. 5526256
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
804-819-5400
Patrick.McGorman@usdoj.gov

3

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Patrick Joseph McGorman (bhammond2@usa.doj.gov,
patrick.mcgorman@usdoj.gov, sbonaparte@usa.doj.gov, tdandridge@usa.doj.gov), Magistrate
Judge Mark R. Colombell (james_garner@vaed.uscourts.gov,
jessica_saunders@vaed.uscourts.gov, mara_shingleton@vaed.uscourts.gov,
mark_colombell@vaed.uscourts.gov, mrc_chambers@vaed.uscourts.gov,
sean_tenaglia@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13131705@vaed.uscourts.gov
Subject:Activity in Case 3:26-mj-00013-MRCVAED USA v. Munafo Arrest - Rule 32
```
Content−Type: text/html

## U.S. District Court

## Eastern District of Virginia −

## Notice of Electronic Filing

The following transaction was entered on 3/4/2026 at 2:50 PM EST and filed on 3/3/2026

| | |
|---|---|
| **Case Name:** | USA v. Munafo |
| **Case Number:** | 3:26−mj−00013−MRC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 32) of Jonathan Munafo in the Eastern District of Virginia − Richmond Division. (jsau, )**

**3:26−mj−00013−MRC−1 Notice has been electronically mailed to:**

Patrick Joseph McGorman &nbsp &nbsp patrick.mcgorman@usdoj.gov, bhammond2@usa.doj.gov, sbonaparte@usa.doj.gov, tdandridge@usa.doj.gov

**3:26−mj−00013−MRC−1 Notice has been delivered by other means to:**

AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
By Marley Plish at 5:00 pm, Jan 05, 2026

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:25CR00159 AMN |
| Jonathan Munafo | ) | |
| 41444-509 | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Jonathan Munafo ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ❏ Complaint
❏ Probation Violation Petition ☑ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

1) Failure to report to Probation Office within 72 hours of release

Date: 01/05/2026 ___*Anne M. Nardacci*___
_Issuing officer's signature_

City and state: Albany, NY ___Hon. Anne M. Nardacci, U.S. District Judge___
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 1/5/26 , and the person was arrested on _(date)_ 3/3/26
at _(city and state)_ Kinsale, VA .

Date: 3/3/26 ___*Danielle Shemonick*___
_Arresting officer's signature_

___DUSM Shemonick___
_Printed name and title_

CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL

REPORTER: FTR

DOCKET NO. 3:26mj13

DATE: 3/3/26

UNITED STATES OF AMERICA

COUNSEL

v.

1. _Jonathan Munafo_    1. _Carolyn Grady_ (w)

Deft appeared via VTC ( ) ZOOM ( )

**APPEARANCES:** GOVERNMENT __Patrick McGorman__ (ψ)
DEFENDANT WITH COUNSEL ( X ) DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED ( ✔ ) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** Rule 32.1
INITIAL ( ✔ ) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: _3/3/26_ GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES ( X ) DEFT ADVISED OF RULE 5 RIGHTS ( ✔ )
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( X ) Javionte
DEFT TO RETAIN COUNSEL ( ) Johnston
GOVT'S MOTION TO DETAIN DEFT ( ψ ) ORDER OF TEMPORARY DETENTION ( ✔ )
DEFT REMANDED ( ψ ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____
_____
_____
_____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND ( )
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) _____
_____
_____

*Deft requested Rule 32.1 hearings to be held in this district*

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) ( )

CASE CONTINUED TO: _3/9/26 @ 2:00 PM_ FOR _Rule 32.1 hearings_
CASE SET: 2:45 BEGAN: 3:11 ENDED: 3:22 TIME IN COURT: 11 minutes

Prob 12C
(rev. 09/21)



U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Jan 05 - 2026**

John M. Domurad, Clerk

## 02UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### Petition for Warrant or Summons for Person Under Supervision

Name of Defendant: Jonathan Munafo                Case Number: 1:25CR00159-001

Name of Sentencing Judicial Officer: Honorable Janet T. Neff, U.S. District Judge, Western District of Michigan

Name of Assigned Judicial Officer: Honorable Anne M. Nardacci, U.S. District Judge, (Transfer of Jurisdiction from WD/MI to ND/NY on April 11, 2025)

Date of Original Sentence: October 26, 2022

Date of Amended Sentence: August 5, 2024

Date of Revocation: November 21, 2025

Original Offense: Interstate Threatening Communications

Revocation Offense: Drug Use; Leaving Judicial District without Permission

Original Sentence: Twenty-Four (24) Months Imprisonment and Three (3) Years Supervised Release

Amended Sentence: Twenty-One (21) Months Imprisonment and Three (3) Years Supervised Release

Revocation Sentence: Seven (7) Months Imprisonment and Twenty-Four (24) Months Supervised Release

Type of Supervision:  Supervised Release                Date Supervision Commenced: December 19, 2025

Asst. U.S. Attorney: Richard Belliss                Defense Attorney: Michael McGeown-Walker

---

### PETITIONING THE COURT

☒        To issue a warrant
☐        To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Standard Condition: "You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame."** |

1

USCA4  10

Prob 12C
(rev. 09/21)

| | The defendant was released from imprisonment on December 19, 2025, but failed to report to or contact the probation office in the Northern District of New York within 72 hours of his release. *This conduct constitutes a Grade C Violation. Evidence in support of this violation includes Probation Officer testimony.* |
|---|---|

U.S. Probation Officer Recommendation:

   The term of supervision should be:

   ☒        Revoked

   ☐        Extended for Extension years, for a total term of Total Term years

   ☐        The conditions of supervision should be modified as follows:
           Modify Conditions

                    I declare under penalty of perjury that the foregoing is true and correct.

Approved by:                                    Submitted by:

Chelsea Deyo                                    Thomas M. Carey
Supervisory U.S. Probation Officer              U.S. Probation Officer

   Executed on:      January 5, 2026

2

Prob 12C
(rev. 09/21)

Name of Offender:    Jonathan Munafo                Case Number: 0206 1:25CR00159- 001

THE COURT ORDERS:

☐    No Action

☐    The Issuance of a Summons

☐    Other

☒    The Issuance of a Warrant.  This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

☒    The U.S. Probation Office is authorized to release documents identified within the petition as evidence supporting the violation to the U.S. Attorney's Office. The U.S. Probation Office is also authorized to release the Presentence Report to counsel.

☐    All court appearances, including the initial appearance and detention hearing, will be handled by this judicial officer.

The District Court Clerk's Office is hereby **ORDERED <u>NOT</u>** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel.  Copies shall be served upon the unsealing of the petition.

_____
Honorable Anne M. Nardacci
U.S. District Judge

_____
January 5, 2026
Date

3

Prob 12C
(rev. 09/21)

_____

## Violation Guideline Calculation

| Most Serious Grade of Violation (see §7B1.1(b)) | Grade C |
|---|---|
| Criminal History Category  (see §7B1.4(a)) | II |
| Range of Imprisonment (see §7B1.4(a)) | 4-10 months |
| Maximum Term of Imprisonment (see 18 U.S.C. § 3583(e)(3), 18 U.S.C. § 3565(a)) | 2 years |

In this case, the defendant was originally convicted of a **Class D Felony** and therefore, the Court may not impose a sentence of more than **2 years'** imprisonment pursuant to 18 U.S.C. § 3583(e)(3). The Court may sentence the defendant to a period of supervised release of **up to 3 years**, less any term of imprisonment that was imposed upon this and prior revocations of supervised release, pursuant to 18 U.S.C. § 3583(h). In this instance, the defendant shall be credited for **7 months** served on previous violation(s) and any additional term of imprisonment imposed on this violation.

**Sentencing Options for Grade B and C Violations Only** (Check the appropriate box):

    ☒    **(a)** If the minimum term of imprisonment determined under §7B1.4) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

    ☐    **(b)** If the minimum term of imprisonment determined under §7B1.4 is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

    ☐    **(c)** If the minimum term of imprisonment determined under §7B1.4 is more than ten months, no sentencing options to imprisonment are available.

**Unsatisfied Conditions of Original Sentence** (List any restitution fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

| Restitution | N/A | Community Confinement | N/A |
|---|---|---|---|
| Fine | N/A | Location Monitoring | N/A |
| Other | N/A | Community Service | N/A |

**Departure:**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

**Official Detention Adjustment** (see §7B1.3(e)): **Months months** Days days

4

Prob 12C
(rev. 09/21)

---

**Supervision Summary:**

On October 26, 2022, the above-named defendant was sentenced in the Western District of Michigan by the Honorable Janet T. Neff, to twenty-four months imprisonment and three years' supervised release following his conviction for Interstate Threatening Communications. Munafo had previously served his incarceration period for the underlying offense and was serving time on another federal offense related to the January 6, 2021, events at the United States Capital in Washington, D.C.  With regards to the District of Columbia conviction, Munafo was pardoned by President Trump on January 20, 2025, and immediately released from imprisonment. He commenced his term of supervised release on the Western District of Michigan case on January 20, 2025, in the Northern District of New York.  Our office initially accepted a 90-day courtesy supervision on January 28, 2025, followed by full supervision and jurisdiction on March 26, 2025. On April 11, 2025, jurisdiction was transferred to the Northern District of New York and the case was assigned to Your Honor.

On May 21, 2025, Your Honor issued a warrant for the defendant's arrest subsequent a violation petition filed by the probation office.  Munafo made an initial appearance in front of the Honorable Daniel J. Stewart on May 22, 2025. Munafo waived a detention hearing, and he was remanded to the custody of the USMS pending the final revocation hearing, which occurred on November 21, 2025.  On November 21, 2025, Munafo was sentenced by Your Honor to seven months imprisonment and twenty-four months supervised release.  Munafo was in custody since May 22, 2025, and his release was scheduled for December 19, 2025.

On November 24, 2025, this Officer received a call from Suzzanne Keller (AKA Suzzanne Monk) requesting the defendant reside with her at 2331 Chester Street SE, Washington, DC 20020 upon his release from imprisonment. She stated she is a January 6 Advocate/Author, and she developed a friendship with Munafo over the last couple of years. She stated she can offer support and stability to Munafo. This Officer explained the transfer process to Ms. Keller, specifically that an investigation must be conducted by the receiving district before the request is approved. This Officer also explained that Munafo must confirm his intention to pursue a transfer request.

On December 8, 2025, this Officer spoke with Munafo via telephone while he was incarcerated in the Delaware County Jail, and he confirmed his intention to request a transfer to the District of Columbia to reside with Ms. Keller. This Officer informed Munafo that a transfer request will be sent to the District of Columbia, and a full investigation will need to be completed before his request is approved. While the investigation is pending, Munafo agreed to reside with his friend, Ken Gladding, at 10 Pleasant View Ave in Troy, NY.

On December 11, 2025, this Officer sent a transfer request to the District of Columbia.

On December 29, 2025, this Officer spoke with staff at the Delaware County Jail, and they confirmed Munafo was released on December 19, 2025. Munafo failed to report to the probation office or contact this Officer within 72 hours of his release and his current whereabouts are unknown.  This Officer left several phone messages for Ms. Keller, but she has not returned any of this Officer's phone calls.  This Officer attempted to contact Munafo on the cellphone he used during his first term of supervision, however, that number is no longer

5

Prob 12C
(rev. 09/21)

active. This Officer attempted to contact a friend of Munafo, Dennis Rodgers, on multiple occasions, but no contact has been made to date.

On December 29, 2025, this Officer spoke with Ken Gladding, whom Munafo was supposed to be residing with while the transfer investigation was pending. Mr. Gladding stated he spoke with Munafo while he was incarcerated and that he requested a ride upon his release, but Munafo never followed up.  Mr. Gladding confirmed he has not heard from Munafo since his release and that Munafo is not residing with him.

On January 5, 2025, this Officer spoke with United States Probation Officer Justin Suddeth from the District of Columbia, who was assigned the pretransfer request. This Officer explained that Munafo has not contacted our office since his release and that attempts to contact Ms. Keller have gone unanswered.  USPO Suddeth called Ms. Keller, and she answered. She stated that Munafo is not residing with her and that she has not heard from Munafo is the last "72 hours." She stated she does not know where he is and believes his cellphone is no longer in service. She was encouraged to have Munafo contact this Officer should she hear from him.

Munafo has failed to make any attempt to contact our office since his release on December 19, 2025 and it appears he has absconded from supervision. Therefore, our office is respectfully recommending a warrant be issued for Munafo's arrest.

6

USCA4  15

Prob 12C
(rev. 09/21)

## 02UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### Amended Petition for Warrant or Summons for Person Under Supervision

Name of Defendant: Jonathan Munafo                    Case Number: 1:25CR00159-001

Name of Sentencing Judicial Officer: Honorable Janet T. Neff, U.S. District Judge, Western District of Michigan

Name of Assigned Judicial Officer: Honorable Anne M. Nardacci, U.S. District Judge, (Transfer of Jurisdiction from WD/MI to ND/NY on April 11, 2025)

Date of Original Sentence: October 26, 2022

Date of Amended Sentence: August 5, 2024

Date of Revocation: November 21, 2025

Original Offense: Interstate Threatening Communications

Revocation Offense: Drug Use; Leaving Judicial District without Permission

Original Sentence: Twenty-Four (24) Months Imprisonment and Three (3) Years Supervised Release

Amended Sentence: Twenty-One (21) Months Imprisonment and Three (3) Years Supervised Release

Revocation Sentence: Seven (7) Months Imprisonment and Twenty-Four (24) Months Supervised Release

Type of Supervision:  Supervised Release                    Date Supervision Commenced: December 19, 2025

Asst. U.S. Attorney: Richard Belliss                    Defense Attorney: Michael McGeown-Walker

> U.S. DISTRICT COURT – N.D. OF N.Y.
> ## FILED
> **Feb 17 - 2026**
> John M. Domurad, Clerk

---

### PETITIONING THE COURT

☐    To issue a warrant

☐    To issue a summons

☒    **No action (Amended petition only. A warrant was issued by Your Honor on January 5, 2026)**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Standard Condition: "You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame." |

1

Prob 12C
(rev. 09/21)

| | | The defendant was released from imprisonment on December 19, 2025, but failed to report to or contact the probation office in the Northern District of New York within 72 hours of his release. |
| | | *This conduct constitutes a Grade C Violation. Evidence in support of this violation includes Probation Officer testimony.* |
| 2. Amended | | **Mandatory Condition: "You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court".** |
| | | **Munafo failed to submit a drug test within 15 days of his release from imprisonment, and his whereabouts are currently unknown.** |
| | | *This conduct constitutes a Grade C Violation. Evidence in support of this violation includes Probation Officer testimony.* |

U.S. Probation Officer Recommendation:

The term of supervision should be:

☒    Revoked

☐    Extended for Extension years, for a total term of Total Term years

☐    The conditions of supervision should be modified as follows:
     Modify Conditions

I declare under penalty of perjury that the foregoing is true and correct.

Approved by:                                          Submitted by:

Chelsea Deyo                                          Thomas M. Carey
Supervisory U.S. Probation Officer                   U.S. Probation Officer

Executed on:    February 12, 2026

2

Prob 12C
(rev. 09/21)

Name of Offender:    Jonathan Munafo                    Case Number: 0206 1:25CR00159- 001

THE COURT ORDERS:

☐    The Issuance of a Summons

☒    Other - **(Amended petition only. A warrant was issued by Your Honor on January 5, 2026)**

☐    The Issuance of a Warrant.  This petition and all documents attached hereto are **SEALED** until such
       time as the warrant generated by this petition is returned executed.

☒    The U.S. Probation Office is authorized to release documents identified within the petition as evidence
       supporting the violation to the U.S. Attorney's Office. The U.S. Probation Office is also authorized to
       release the Presentence Report to counsel.

☐    All court appearances, including the initial appearance and detention hearing, will be handled by this
       judicial officer.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of
the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement
personnel.  Copies shall be served upon the unsealing of the petition.

_Anne M. Nardacci_
Honorable Anne M. Nardacci
U.S. District Judge

February 17, 2026
Date

3

Prob 12C
(rev. 09/21)

## Violation Guideline Calculation

| Most Serious Grade of Violation (see §7B1.1(b)) | Grade C |
|---|---|
| Criminal History Category (see §7B1.4(a)) | II |
| Range of Imprisonment (see §7B1.4(a)) | 4-10 months |
| Maximum Term of Imprisonment (see 18 U.S.C. § 3583(e)(3), 18 U.S.C. § 3565(a)) | 2 years |

In this case, the defendant was originally convicted of a **Class D Felony** and therefore, the Court may not impose a sentence of more than **2 years'** imprisonment pursuant to 18 U.S.C. § 3583(e)(3). The Court may sentence the defendant to a period of supervised release of **up to 3 years**, less any term of imprisonment that was imposed upon this and prior revocations of supervised release, pursuant to 18 U.S.C. § 3583(h). In this instance, the defendant shall be credited for **7 months** served on previous violation(s) and any additional term of imprisonment imposed on this violation.

**Sentencing Options for Grade B and C Violations Only** (Check the appropriate box):

    ☒    **(a)** If the minimum term of imprisonment determined under §7B1.4) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

    ☐    **(b)** If the minimum term of imprisonment determined under §7B1.4 is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

    ☐    **(c)** If the minimum term of imprisonment determined under §7B1.4 is more than ten months, no sentencing options to imprisonment are available.

**Unsatisfied Conditions of Original Sentence** (List any restitution fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

| Restitution | N/A | Community Confinement | N/A |
|---|---|---|---|
| Fine | N/A | Location Monitoring | N/A |
| Other | N/A | Community Service | N/A |

**Departure:**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

**Official Detention Adjustment** (see §7B1.3(e)): **Months** months Days days

4

Prob 12C
(rev. 09/21)

## Supervision Summary:

On October 26, 2022, the above-named defendant was sentenced in the Western District of Michigan by the Honorable Janet T. Neff, to twenty-four months imprisonment and three years' supervised release following his conviction for Interstate Threatening Communications. Munafo had previously served his incarceration period for the underlying offense and was serving time on another federal offense related to the January 6, 2021, events at the United States Capital in Washington, D.C.  With regards to the District of Columbia conviction, Munafo was pardoned by President Trump on January 20, 2025, and immediately released from imprisonment. He commenced his term of supervised release on the Western District of Michigan case on January 20, 2025, in the Northern District of New York.  Our office initially accepted a 90-day courtesy supervision on January 28, 2025, followed by full supervision and jurisdiction on March 26, 2025. On April 11, 2025, jurisdiction was transferred to the Northern District of New York and the case was assigned to Your Honor.

On May 21, 2025, Your Honor issued a warrant for the defendant's arrest subsequent a violation petition filed by the probation office.  Munafo made an initial appearance in front of the Honorable Daniel J. Stewart on May 22, 2025. Munafo waived a detention hearing, and he was remanded to the custody of the USMS pending the final revocation hearing, which occurred on November 21, 2025.  On November 21, 2025, Munafo was sentenced by Your Honor to seven months imprisonment and twenty-four months supervised release.  Munafo was in custody since May 22, 2025, and his release was scheduled for December 19, 2025.

On November 24, 2025, this Officer received a call from Suzzanne Keller (AKA Suzzanne Monk) requesting the defendant reside with her at 2331 Chester Street SE, Washington, DC 20020 upon his release from imprisonment. She stated she is a January 6 Advocate/Author, and she developed a friendship with Munafo over the last couple of years. She stated she can offer support and stability to Munafo. This Officer explained the transfer process to Ms. Keller, specifically that an investigation must be conducted by the receiving district before the request is approved. This Officer also explained that Munafo must confirm his intention to pursue a transfer request.

On December 8, 2025, this Officer spoke with Munafo via telephone while he was incarcerated in the Delaware County Jail, and he confirmed his intention to request a transfer to the District of Columbia to reside with Ms. Keller. This Officer informed Munafo that a transfer request will be sent to the District of Columbia, and a full investigation will need to be completed before his request is approved. While the investigation is pending, Munafo agreed to reside with his friend, Ken Gladding, at 10 Pleasant View Ave in Troy, NY.

On December 11, 2025, this Officer sent a transfer request to the District of Columbia.

On December 29, 2025, this Officer spoke with staff at the Delaware County Jail, and they confirmed Munafo was released on December 19, 2025. Munafo failed to report to the probation office or contact this Officer within 72 hours of his release and his current whereabouts are unknown.  This Officer left several phone messages for Ms. Keller, but she has not returned any of this Officer's phone calls. This Officer attempted to contact Munafo on the cellphone he used during his first term of supervision, however, that number is no longer

5

Prob 12C
(rev. 09/21)

active. This Officer attempted to contact a friend of Munafo, Dennis Rodgers, on multiple occasions, but no contact has been made to date.

On December 29, 2025, this Officer spoke with Ken Gladding, whom Munafo was supposed to be residing with while the transfer investigation was pending. Mr. Gladding stated he spoke with Munafo while he was incarcerated and that he requested a ride upon his release, but Munafo never followed up. Mr. Gladding confirmed he has not heard from Munafo since his release and that Munafo is not residing with him.

On January 5, 2025, this Officer spoke with United States Probation Officer Justin Suddeth from the District of Columbia, who was assigned the pretransfer request. This Officer explained that Munafo has not contacted our office since his release and that attempts to contact Ms. Keller have gone unanswered. USPO Suddeth called Ms. Keller, and she answered. She stated that Munafo is not residing with her and that she has not heard from Munafo is the last "72 hours." She stated she does not know where he is and believes his cellphone is no longer in service. She was encouraged to have Munafo contact this Officer should she hear from him.

**As previously noted, Munafo was released from Delaware County Jail on December 19, 2025. In addition to failing to report to the probation office and/or contact this Officer within 72 hours of his release, he failed to submit a drug test within 15 days of his release from imprisonment as required by his mandatory conditions.**

Munafo has failed to make any attempt to contact our office since his release on December 19, 2025, and it appears he has absconded from supervision. Therefore, our office is respectfully recommending a warrant be issued for Munafo's arrest.

USCA4 21

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Javionte Johnson (danielle_lewis@fd.org, javionte_johnson@fd.org,
jennifer_schweizer@fd.org, lindsay_paiz@fd.org, victoria_parrish@fd.org), Patrick Joseph
McGorman (bhammond2@usa.doj.gov, patrick.mcgorman@usdoj.gov, sbonaparte@usa.doj.gov,
tdandridge@usa.doj.gov), Magistrate Judge Mark R. Colombell
(james_garner@vaed.uscourts.gov, jessica_saunders@vaed.uscourts.gov,
mara_shingleton@vaed.uscourts.gov, mark_colombell@vaed.uscourts.gov,
mrc_chambers@vaed.uscourts.gov, sean_tenaglia@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13131829@vaed.uscourts.gov
Subject:Activity in Case 3:26-mj-00013-MRCVAED USA v. Munafo Order Appointing Public
Defender
```
Content−Type: text/html

## U.S. District Court

## Eastern District of Virginia −

## Notice of Electronic Filing

The following transaction was entered on 3/4/2026 at 3:13 PM EST and filed on 3/4/2026

**Case Name:**    USA v. Munafo

**Case Number:**    3:26−mj−00013−MRC

**Filer:**

**Document Number:**  No document attached

**Docket Text:**

**ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jonathan Munafo. Javionte Johnson appointed. (jsau, )**

**3:26−mj−00013−MRC−1 Notice has been electronically mailed to:**

Javionte Johnson &nbsp &nbsp javionte_johnson@fd.org, danielle_lewis@fd.org, jennifer_schweizer@fd.org, lindsay_paiz@fd.org, victoria_parrish@fd.org

Patrick Joseph McGorman &nbsp &nbsp patrick.mcgorman@usdoj.gov, bhammond2@usa.doj.gov, sbonaparte@usa.doj.gov, tdandridge@usa.doj.gov

**3:26−mj−00013−MRC−1 Notice has been delivered by other means to:**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**UNITED STATES OF AMERICA**

**v.**                                    **Criminal Case No. 3:26MJ013**

**JONATHAN MUNAFO,**
     **Defendant.**

### TEMPORARY DETENTION ORDER

Finding that this case involves an alleged violation of supervised release or probation and that, pursuant to Federal Rule of Criminal Procedure 32.1, "[t]he magistrate judge may release or detain the [defendant] under 18 U.S.C. § 3143(a)(1) pending further proceedings," and that "[t]he burden of establishing by clear and convincing evidence that the [defendant] will not flee or pose a danger to any other person or to the community rests with the [defendant]," it is ORDERED that:

1. The defendant is committed to the custody of the Attorney General of the United States pursuant to 18 U.S.C. § 3142(i) for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. The defendant be afforded reasonable opportunity to consult with his attorney.

3. That the person in charge of the corrections facility deliver the defendant to the United States Marshal, and the United States Marshal produce the defendant before this Court on March 9, 2026, at 2:00 p.m., for his Rule 32.1 hearings on the petition out of the Northern District of New York.

4. The Clerk is directed to FILE this Order electronically and notify all counsel of record and the United States Marshals Service, Richmond Division, accordingly.

_____ /s/ **MRC**

Mark R. Colombell
United States Magistrate Judge

Dated: March 3, 2026
Richmond, Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA      )
               )   **Criminal No. 3:26-MJ-13**
               )
v.             )
               )
               )
JONATHAN MUNAFO,       )
               )
Defendant.    )

**UNOPPOSED MOTION TO CONTINUE PRELIMENARY HEARING AND DETENTION HEARING**

Jonathan Munafo, by and through counsel, respectfully moves this Court to continue the hearings currently scheduled in this matter for March 9, 2026, at 2pm to March 10, 2026, at 2pm. The reasons for this motion are as follows:

1. On February 17, 2026, a Petition on Supervised Release was filed alleging that Mr. Munafo violated the terms of his supervised release by not reporting to the probation office and for failure to submit a drug test.

2. Mr. Munafo had an initial appearance in the Eastern District of Virginia on the Petition on Supervised Release on March 3, 2026. At that time, he was remanded to the custody of the US Marshals, and Mr. Munafo's preliminary hearing and detention hearing was scheduled for March 9, 2026, at 2pm.

3. On March 3, 2026, counsel for Mr. Munafo was ordered by the Honorable District Judge Gibney to respond to an order his court issued that same afternoon. The deadline to respond to Judge Gibney's order is on March 10, 2026.

4. Counsel must meet with the client referenced in Judge Gibeny's order prior to any response to the court. As such, counsel for Mr. Munafo must travel to Piedmont

1

Regional Jail to meet with a client on March 9, 2026, at 1:30pm.

5. Counsel for Mr. Munafo has conferred with the government and it does not object to continuing the hearings to March 10, 2026, at 2pm.

6. For the foregoing reasons, Mr. Munafo requests that his preliminary hearing and detention hearing be continued to March 10, 2026, at 2pm.

Respectfully submitted,
JONATHAN MUNAFO

_____/s/_____
Counsel
Javionté Johnson, Esq.
New York Bar # 5720214
Attorney for Jonathan Munafo
Assistant Federal Public Defender
Office of the Federal Public Defender
Eastern District of Virginia
701 E. Broad Street, Suite 3600
Richmond, VA 23219
(804) 565-0832
(804) 800-4214 (fax)
Javionte_Johnson@fd.org

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:26-MJ-13 |
| | ) | |
| | ) | |
| JONATHAN MUNAFO | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>
**(Granting Motion to Continue Preliminary Hearing and Detention Hearing)**

THIS MATTER is before the Court on Defendant Jonathan Munafo's ("Defendant") Motion to Continue Preliminary Hearing and Detention Hearing (the "Motion," ECF No. 5), filed on March 5, 2026. Upon due consideration, and there being no objection by the Government, the Motion is GRANTED. Defendant's hearing is CONTINUED to **March 10, 2026, at 2:00 p.m.**

The Clerk is directed to send a copy of this Order to all counsel of record and to the U.S. Office of Probation and Pretrial Services.

It is so ORDERED.

_____/s/_____
Mark R. Colombell
United States Magistrate Judge

Richmond, Virginia
Dated: __March 5, 2026__

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Javionte Johnson (danielle_lewis@fd.org, javionte_johnson@fd.org,
jennifer_schweizer@fd.org, lindsay_paiz@fd.org, victoria_parrish@fd.org), Patrick Joseph
McGorman (bhammond2@usa.doj.gov, patrick.mcgorman@usdoj.gov, sbonaparte@usa.doj.gov,
tdandridge@usa.doj.gov), Magistrate Judge Mark R. Colombell
(james_garner@vaed.uscourts.gov, jessica_saunders@vaed.uscourts.gov,
mara_shingleton@vaed.uscourts.gov, mark_colombell@vaed.uscourts.gov,
mrc_chambers@vaed.uscourts.gov, sean_tenaglia@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13135768@vaed.uscourts.gov
Subject:Activity in Case 3:26-mj-00013-MRCVAED USA v. Munafo Set
```
/Reset Hearings

Content−Type: text/html

## U.S. District Court

## Eastern District of Virginia −

## Notice of Electronic Filing

The following transaction was entered on 3/5/2026 at 5:05 PM EST and filed on 3/5/2026

**Case Name:** USA v. Munafo

**Case Number:** 3:26−mj−00013−MRC

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Reset Hearing as to Jonathan Munafo: Preliminary and Detention Hearings reset for 3/10/2026 at 02:00 PM in Richmond Courtroom 5400 before Magistrate Judge Summer L. Speight. (jsau, )**

**3:26−mj−00013−MRC−1 Notice has been electronically mailed to:**

Javionte Johnson &nbsp &nbsp javionte_johnson@fd.org, danielle_lewis@fd.org, jennifer_schweizer@fd.org, lindsay_paiz@fd.org, victoria_parrish@fd.org

Patrick Joseph McGorman &nbsp &nbsp patrick.mcgorman@usdoj.gov, bhammond2@usa.doj.gov, sbonaparte@usa.doj.gov, tdandridge@usa.doj.gov

**3:26−mj−00013−MRC−1 Notice has been delivered by other means to:**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

UNITED STATES OF AMERICA

v.

JONATHAN MUNAFO,

Defendant.

Case No. 3:26-mj-13

## **ORDER**

This matter comes before the Court on the Government's Motion for Remote Testimony of One Witness (ECF No. 1).  The Government seeks a Court order permitting a United States Probation Officer from the Northern District of New York to testify remotely at Defendant's identity, preliminary, and detention hearings scheduled for Tuesday, March 10, 2026 at 2:00 pm. The Government represents that Defendant, through Counsel, has no objection to this request. (ECF No. 1.)

Having considered the Government's motion, including the facts presented by the Government to justify the relief requested, including that the probation officer's office is located in Albany, New York, that his anticipated direct testimony will be relatively short in duration, and that he is best situated to testify about the allegations in the Petition, the Court finds that granting the Government's motion is in the interest of justice.

Therefore, the Government's Motion for Remote Testimony of One Witness (ECF No. 1) is GRANTED and the United States shall be permitted to present remote testimony from a United States Probation Officer from the Northern District of New York at Defendant's hearings scheduled for Tuesday, March 10, 2026 at 2:00 pm.

1

It is further ORDERED, ADJUDGED, and DECREED that, pursuant to E.D.Va. Local

Criminal Rule 53, the probation officer may not record the proceedings without further order of

this Court.

The Clerk is directed to send a copy of this Order to all counsel of record and the United

States Probation Office for the Eastern District of Virginia.

Richmond, Virginia
Date: March 6, 2026                                    _____ /s/ _____
                                                       Summer L. Speight
                                                       United States Magistrate Judge

2

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Javionte Johnson (danielle_lewis@fd.org, javionte_johnson@fd.org,
jennifer_schweizer@fd.org, lindsay_paiz@fd.org, victoria_parrish@fd.org), Patrick Joseph
McGorman (bhammond2@usa.doj.gov, patrick.mcgorman@usdoj.gov, sbonaparte@usa.doj.gov,
tdandridge@usa.doj.gov), Magistrate Judge Summer L. Speight
(elisha_untiedt@vaed.uscourts.gov, hannah_barrios@vaed.uscourts.gov,
shaina_mejia@vaed.uscourts.gov, sls_chambers@vaed.uscourts.gov,
summer_speight@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13142988@vaed.uscourts.gov
```
Subject:Activity in Case 3:26-mj-00013-SLSVAED USA v. Munafo Case Assigned/Reassigned
Content−Type: text/html

### U.S. District Court

### Eastern District of Virginia −

## Notice of Electronic Filing

The following transaction was entered on 3/10/2026 at 11:13 AM EDT and filed on 3/10/2026

| | |
|---|---|
| **Case Name:** | USA v. Munafo |
| **Case Number:** | 3:26−mj−00013−SLS |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Case as to Jonathan Munafo Reassigned to Magistrate Judge Summer L. Speight. Magistrate Judge Mark R. Colombell no longer assigned to the case. (Kski, )**

**3:26−mj−00013−SLS−1 Notice has been electronically mailed to:**

Javionte Johnson &nbsp &nbsp javionte_johnson@fd.org, danielle_lewis@fd.org, jennifer_schweizer@fd.org, lindsay_paiz@fd.org, victoria_parrish@fd.org

Patrick Joseph McGorman &nbsp &nbsp patrick.mcgorman@usdoj.gov, bhammond2@usa.doj.gov, sbonaparte@usa.doj.gov, tdandridge@usa.doj.gov

**3:26−mj−00013−SLS−1 Notice has been delivered by other means to:**

**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: SPEIGHT

REPORTER: FTR

DOCKET NO. _3:26 mj 13-SLS_

DATE: _3-10-26_

UNITED STATES OF AMERICA

v.

COUNSEL

1. _Jonathan Munafo_     1. _Javiante Johnson_

**APPEARANCES:**    GOVERNMENT _Patrick McGorman_ ( ✓ )
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:**    DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED ( ✓ ) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:**
✱ **Rule 32.1**
INITIAL ( ) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ✓ ) DETENTION ( ✓ ) MOTIONS ( ) OTHER: _Identity_ ( ✓ )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:**
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( ) OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:**
DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES ( ) DEFT ADVISED OF RULE 5 RIGHTS ( )
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( ) CJA ( ) FPD ( )
DEFT TO RETAIN COUNSEL ( ) COUNSEL: _____
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ✓ ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( ✓ )
WITNESS(ES) _____
_____
_____
_____

**DETENTION HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ✓ ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND ( )
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( ✓ )
WITNESS(ES) _____
✱ _Rule 32.1 waiver submitted_
_____

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(f) ( )

CASE CONTINUED TO: _____ AT _____ FOR _____

CASE SET: _2:00 pm_ BEGAN: _2:04 pm_ ENDED: _2:14 pm_ TIME IN COURT: _10 minutes_

AO 466 (Rev. 01/12) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | )    Case No.   3:26-MJ-13 (SLS) |
| | ) |
| JOHATHAN MUNAFO | ) |
| | )    Charging District's Case No.    1:25-CR-159-AMN |
| _____ | ) |
| *Defendant* | ) |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*    Northern District of New York    .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)    a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)    a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐    an identity hearing and production of the judgment, warrant, and warrant application.

☐    a preliminary hearing.

☐    a detention hearing.

☒    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    03/10/2026        _____

                                     *Defendant's signature*

                         _____

                           *Signature of defendant's attorney*

                         Javionte Johnson

                         *Printed name of defendant's attorney*

USCA4   32

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3:26-MJ-00013 (SLS) |
| | ) | |
| JONATHAN MUNAFO | ) | Charging District's |
| *Defendant* | ) | Case No.    1:25-CR-159 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the    Northern    District of    New York    ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant:    ☐ will retain an attorney.

             ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:    03/10/2026                 /s/ _____

                                                 *Judge's signature*

                   Summer L. Speight, United States Magistrate Judge

                                    *Printed name and title*