# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY 13202
(315) 701-0080
(315) 701-0081 Fax

May 6, 2026

Honorable Anne M. Nardacci
United States District Court Judge
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

RE:     *United States v. Jonathan Munafo*
        25-CR-159 (AMN)

Dear Judge Nardacci,

Mr. Jonathan Munafo is scheduled to have his final revocation hearing tomorrow, May 7, 2026, before Your Honor. At the time of this hearing, it is anticipated that Mr. Munafo will admit to Violations 1 & 2 of the amended petition. Both violations (failing to report to Probation and failing to submit a drug test) are Grade C violations.

As a preliminary matter, the petition advises this Court and the parties that Mr. Munafo falls within the criminal history category of "II," warranting an advisory guideline range of 4-10 months. However, during Mr. Munafo's previous final revocation hearing, this Court agreed (with no objection from the government) that Mr. Munafo's criminal history category was "I." Dkt. No. 38, p. 6, L. 8-17; p. 8-9, L. 25, 1-6; p. 10, L. 12-20. This was based on his successful request for reduction pursuant to the 821 Sentencing Guideline Amendment. See, Dkt. No. 29, p. 1-2. As such, the defense respectfully asks that the reduced guideline range of 3-9 months, pursuant to the original sentencing Court's order as well as this Court's decision to agree with that order, be followed.

1

Regardless, this case presents an unusual situation where the parties are not all that far apart in terms of sentencing recommendations. The Probation office is requesting a high-end of the guideline sentence followed by a 12-month term of supervised release. The U.S. Attorney's Office is also recommending a high end of the guideline sentence, but no supervision. The defense asks that this Court consider a more lenient term of imprisonment but agrees with the government in its recommendation for no additional supervision.

Mr. Munafo, was released from Delaware County Jail on December 19, 2025. Lehi, New York, the area where the jail is located, is roughly two hours southwest of the Albany area. Mr. Munafo has no meaningful connection to the Delaware County area, nor any familiarity. In trying to figure out how he would get out of Lehi, Mr. Munafo determined to move forward with his plan to leave the district.

From there, Mr. Munafo did largely what he advised the Court (through counsel) he wanted to do if he were released from supervision: move to Washington D.C. to live with his friend Suzanne Monk. Dkt. No. 38, p. 7-8; L. 18-25, 1. Though that residential plan did not ultimately work out, Mr. Munafo was able to move in with another friend of his in Virginia. Eventually, Mr. Munafo intended to return to Florida where he had been residing prior to the conduct for the instant offense.

Since his arrest, Mr. Munafo has been an upstanding, stable inmate. He has been given the special responsibility of being a runner within the mental health unit of the jail, where he acts in a janitorial and maintenance capacity for the corrections staff. Mr. Munafo also has been consistently maintaining his medication regimen, and is an active participant in his treatment during both individual and group sessions. He has handled himself well during this period of incarceration.[1]

Mr. Munafo also reports being a peer advocate within the mental health unit. He has very much taken to assisting his peers with the stressors and issues that they are having while within the mental health unit of the jail. This experience has sparked real interest on the part of Mr. Munafo. Ultimately, he wishes to move back to Florida, go back to school and seek some sort of training in the field of mental health.

All in all, Mr. Munafo was not found committing new crimes, nor was he found in possession or under the influence of a controlled substance. This is not the same person that was presented before this Court last year. He has stabilized himself psychologically and done so largely without the necessity of supervision. If he were to be taken off supervision, Mr. Munafo would leave the Northern District with the intention of living in the state of Florida.

For these reasons, the defense requests consideration of a lenient term of imprisonment with credit for time served (approximately 2 months) and that Mr. Munafo be removed from supervision. Thank you for your consideration of this request.

---

[1] Mr. Munafo's mental health counselor, Essence, provided this overview of Mr. Munafo's custodial status and adjustment at the Albany County Jail.

Sincerely,

Michael McGeown-Walker
Assistant Federal Public Defender
Attorney for Jonathan Munafo_____


cc:    AUSA Rick Belliss, *via ECF*
       USPO Tom Carey, *via Email*