

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*                    Tel.: (518) 431-0247
*James T. Foley U.S. Courthouse*             Fax: (518) 431-0249
*Albany, New York 12207-2924*

May 6, 2026

Hon. Anne M. Nardacci
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

      Re:    Final Revocation Hearing ico *United States v. Jonathan Munafo*
              25-CR-00159 (AMN)

Dear Judge Nardacci,

      This matter is scheduled for a final revocation hearing on Thursday, May 7, 2026.  While the government appreciates the defendant's willingness to make admissions to Violations #1 & #2 in the Amended Petition, the government, so as to avoid potential appellate litigation, will move to dismiss Violation #1 and seek to have the defendant admit only to Violation #2.

      Thank you.

                       Very truly yours,

                       TODD BLANCHE
                       Acting Attorney General

                       JOHN A. SARCONE III
                       First Assistant United States Attorney

           By:     */s/ Richard Belliss*
                       Richard D. Belliss
                       Assistant U.S. Attorney

Copy to:     Mike McGeown-Walker, Esq.             (via ecf)
              (Counsel for Jonathan Munafo)

              Probation Officer Tom Carey             (via ecf)